# EXHIBIT 2



1717 W Maud St
Poplar Bluff, MO 63901



# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

# REDACTED

## PATIENT A

| Accession | Date Of Service | Procedure | Description | Charge |
|---|---|---|---|---|
| R20039001696 | 02/08/2020 | 87086 X 1 | 292MOD - CULTURE,URINE DONE FROM 292SCR | $5.65 |
| | | 81007 X 1 | 292SCR - BACTERIOSCAN | $20.99 |
| R20039001697 | 02/08/2020 | 81001 X 1 | 10261 - URINALYSIS, COMPLETE | $2.22 |
| | | | Total | $28.86 |

# REDACTED

6091 - 1,843.73

SCANNED

OK TO PAY

L Rodriguez

EXHIBIT 2 Page 2 of 7



Gamma HealthCare Incorporated

1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

## PATIENT B

| Accession | Date Of Service | Procedure | Description | Charge |
|---|---|---|---|---|
| R20036006724 | 02/04/2020 | 81001 X 1 | 10261R - URINALYSIS, COMPLETE W/R TO CU | $2.22 |
| R20036006965 | 02/04/2020 | 81007 X 1 | 292SCR - BACTERIOSCAN | $20.99 |
| R20036006967 | 02/04/2020 | 87086 X 1 | 292MOD - CULTURE,URINE DONE FROM 292SCR | $5.65 |
| | | 87077 X 1 | 4010 - BACTERIAL ID | $5.66 |
| R20037006609 | 02/04/2020 | 87798 X 13 | 292PCR-C1 - UTI PANEL BY PCR- C1 | $319.33 |
| | | 87481 X 1 | 292PCR-C2 - UTI PANEL BY PCR- C2 | $24.56 |
| | | 87500 X 1 | 292PCR-C3 - UTI PANEL BY PCR- C3 | $24.56 |
| | | 87641 X 1 | 292PCR-C4 - UTI PANEL BY PCR- C4 | $24.56 |
| | | 87651 X 1 | 292PCR-C5 - UTI PANEL BY PCR- C5 | $24.56 |
| R20034006740 | 02/06/2020 | 85025 X 1 | 200 - CBC /AUTO DIFF | $5.44 |
| | | G0471 X 1 | 335 - DRAWING FEE | $3.50 |
| | | P9603 X 4 | 9004 - TRAVEL FEE 4 MILES | $7.00 |
| | | | Total | $468.03 |

# REDACTED

EXHIBIT 2 Page 3 of 7



Gamma HealthCare Incorporated

1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

# REDACTED

EXHIBIT 2 Page 4 of 7



Gamma HealthCare Incorporated

1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

# REDACTED

EXHIBIT 2 Page 5 of 7



Gamma HealthCare Incorporated

1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB
1092 W STULTZ RD
SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

# REDACTED

EXHIBIT 2 Page 6 of 7



1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10148936 | LAB MED-A PAYER |
| Balance | $1,843.73 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

# REDACTED

EXHIBIT 2 Page 7 of 7


Gamma HealthCare Incorporated

1717 W Maud St
Poplar Bluff, MO 63901

# Invoice

**71993 - SHILOH HEALTH AND REHAB**
**1092 W STULTZ RD**
**SPRINGDALE, AR 72764**

| | | |
|---|---|---|
| Invoice | 10198003 | LAB CLIENT PAYER |
| Balance | $5.00 | Make check payable to Gamma HealthCare, Inc |
| Date | 03/03/2020 | |

| Accession | Date Of Service | Procedure | Description | Charge |
|---|---|---|---|---|
| AMF | 02/29/2020 | X 1 | 636 - INFECTION CONTROL REPORT | $5.00 |
| | | | Total | $5.00 |

6091

OK TO PAY

*[signature]*

L Rodriguez