# EXHIBIT 3
# PATIENT 1

Sep  08  2020  10:24AM  Access  Medical  4793592153                           page  23

9/8/2020           EXHIBIT 3 Page 1 of 10                    Order Entry

**Resident:** ▆▆▆▆▆▆▆

Order Details

| | |
|---|---|
| **Order Date:** 4/13/2020    05 ▾   42 ▾ * | |
| **Order Category:** Laboratory ▾  * | |
| **Communication Method:** ○ Phone ○ Verbal ○ Prescriber written ◉ Prescriber entered * | |
| **Ordered By:** Mira, Jennifer ____ *  (Current Primary Physician: Mark Hahn) | |
| **Type of Lab:** UA with C&S | |

**Order Summary:**

UA with C&S

one time only for
ANS for 1 Day

Additional Information

Clinical Reviews:

*

**Order Type:** Lab Orders - [LAB]   ▾ *

⊞ Scheduling Details

⊞ Source Details

⊞ Audit Details

[ Close ]

Sep 08 2020 10:24AM Access Medical 4793592153    page 24

EXHIBIT 3 Page 2 of 10

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/15/2020 09:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR      Latest Version
Reviewed By: jmra on 04/16/2020 07:08

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| **Resident:** | Collection Date: 04/14/2020 10:30 | Status: Completed |
| **Admit Date:** | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/15/2020 09:23 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Rumer, Kimberly | Order #: 60361106B |
| Copy to List: | Source Key: 94daed31f0244167 | Category: Unknown Category |

**Order Notes:**

Result for:                                                      Testing Site: 1717 West Maud, Poplar Blvd, MO 83901 873-727-5600 CLIA #:26D10415 fd Laboratory
Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in
this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not
necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
|  |  |  |  |  | Final |

**UTI ID by PCR**

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Not Detected | - |
| Enterococcus faecalis copies/mL) | Detected | Medium (10,000 - 100,000 |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactae | Not Detected | - |
| Proteus mirabilis | Detected | Medium (10,000 - 100,000 copies/mL) |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Detected | High (> 100,000 copies/mL) |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa copies/mL) | Detected | Medium (10,000 - 100,000 |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                          Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|

1 of 2

EXHIBIT 3 Page 3 of 10

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/15/2020 09:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By jmira on 04/16/2020 07:08                                                    Latest Version

|  | Order #: S00511092 |  | | | SourceKey: 94dee931fb2441d7 | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Result | Unit | Ref. Range | Flag | Status |
| sul1 | Detected | Sulfonamide |  |  |  |  |  |
| blaOXA-139,blaOXA-160,blaOXA-207,blsOXA-24,bl | Not Detected | - |  |  |  |  |  |
| aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV |  |  |  |  |  |  |  |
| -63 |  |  |  |  |  |  |  |
| aac(6')-lb-cr, fxioroquinolona | Not Detected | - |  |  |  |  |  |
| aminoglycoside 6-N-acetyltransferase type | Not Detected | - |  |  |  |  |  |
| ib, AAC6IB wt chromosomal |  |  |  |  |  |  |  |
| mcr(A) | Not Detected | - |  |  |  |  |  |
| tet(M) | Detected | Tetracycline |  |  |  |  |  |
| blaIMP | Not Detected | - |  |  |  |  | * |
| OXA-48 | Not Detected | - |  |  |  |  |  |
| qnrS [aRes,qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 | Not Detected | - |  |  |  |  |  |
| ,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9]. The gene on |  |  |  |  |  |  |  |
| plasmids is responsible for quinolone |  |  |  |  |  |  |  |
| resistance |  |  |  |  |  |  |  |
| blaCTX-M | Not Detected | - |  |  |  |  |  |
| blaKPC | Not Detected | - |  |  |  |  |  |
| blaVIM | Not Detected | - |  |  |  |  |  |
| blaNDM | Not Detected | - |  |  |  |  |  |
| Sulfonamide_dfr_A1_ASv2 Diaminopyrimidine | Detected |  |  |  |  |  |  |
| Vancomycin | Not Detected | - |  |  |  |  |  |
| ermA_B_C | Detected | Macrolides, |  |  |  |  |  |
|  |  | Lincosamides, |  |  |  |  |  |
|  |  | Streptogramins |  |  |  |  |  |
| mecA_mecC | Not Detected | - |  |  |  |  |  |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

EXHIBIT 3 Page 4 of 10

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/14/2020 22:21 Urinalysis, Complete with Reflex                    Latest Version
Reviewed By jmira on 04/15/2020 07:38

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/14/2020 10:30 | Status: Completed |
| Admit Date: | Received Date: | Flag: ⚠ |
| Admitting Provider: | Reported Date: 04/14/2020 22:21 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Bumer, Kimberly | Order #: 509691716 |
| Copy to List: | Source Key: 8054305au273af7b | Category: Chemistry, Microbiology, Un known Category |

**Order Notes**

Result for:                Urinalysis Collection Site: : Not Specified – UR; Urinalysis Collection Source: : Not Specified – UR,
Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-3600 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D., DiAG –R62.998

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| Urinalysis, Complete with Reflex | | | | | |
| COLOR | YELLOW | | CLEAR/YEL/ST RAW | | Final |
| CLARITY | SL CLOUDY | | CLEAR | ⚠ | Final |
| pH | 8.0 | | 5.0-7.5 | ⚠ | Final |
| SPECIFIC GRAVITY | 1.003 | | 1.003-1.033 | | Final |
| PROTEIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| GLUCOSE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| KETONE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| BLOOD | MODERAT E | MG/DL | NEGATIVE | ⚠ | Final |
| BILIRUBIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| UROBILINOGEN | <2.0 | MG/DL | <2.0 | | Final |
| NITRITE | NEGATIVE | | NEGATIVE | | Final |
| LEUKOCYTE ESTERASE | LARGE | | NEGATIVE | ⚠ | Final |
| WHITE BLOOD CELL | 0-4 | | 0-4 | | Final |
| RED BLOOD CELL | 0-4 | | 0-4 | | Final |
| SQUAMOUS EPITHELIAL | 0-4 | | 0-4 | | Final |
| BACTERIA | RARE | | NONE | ⚠ | Final |
| MUCOUS | SMALL | | NONE/SMALL | | Final |
| BUDDING YEAST | PRESENT | | NONE | ⚠ | Final |
| CULTURE INDICATED? | YES | | | | Final |
| URINE CULTURE TO FOLLOW – PB | | | | | |

**Legend:**

⊕   Report contains critical results (results with red text)

⚠   Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

Sep 08 2020 10:22AM Access Medical 4793592153                          page 17
9/8/2020                                                                Order Entry

**EXHIBIT 3 Page 5 of 10**

**Resident:** ███████████

## Order Details

| | | |
|---|---|---|
| **Order Date:** | 8/12/2020 | 16 ∨ : 27 ∨ * |
| **Order Category:** | Laboratory ∨ * | |
| **Communication Method:** | ◉ Phone ◯ Verbal ◯ Prescriber written ◯ Prescriber entered * | |
| **Ordered By:** | Mira, Jennifer | * *(Current Primary Physician: Mark Hehn)* |
| **Type of Lab:** | UA w/with C/S, NO PCR | |

*Order Summary:*

*UA w/with C/S, NO PCR*

*one time only for 3 Days*

Additional Information

Clinical Reviews:

**Order Type:** Lab Orders - (LAB) ∨ *

⊞ Scheduling Details

⊞ Source Details

⊞ Audit Details

[ Close ]

Sep  08  2020  10:22AM  Access  Medical  4793592153          page  18

EXHIBIT 3 Page 6 of 10

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/14/2020 09:11 Urinary Tract Infection ID by PCR / UTI Antibiotic Resistance by PCR          Latest Version
Reviewed By jmrs on 08/14/2020 10:16

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 08/12/2020 19:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 08/14/2020 09:11 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: 510759488 |
| Copy to List: | Source Key: d2075ea0eca3876 | Category: Unknown Category |

**Order Notes**

Result for:          Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory
Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in
this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not
necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  |  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|---|
| **UTI ID by PCR** |  |  |  |  |  | Final |
| ORGANISM DNA TESTED | RESULT | ABUNDANCE |  |  |  |  |
| Citrobacter freundii | Not Detected | ~ |  |  |  |  |
| Providencia rettgeri | Not Detected | ~ |  |  |  |  |
| Citrobacter koseri | Not Detected | ~ |  |  |  |  |
| Escherichia coli | Not Detected | ~ |  |  |  |  |
| Enterococcus faecalis | Not Detected | ~ |  |  |  |  |
| Staphylococcus aureus | Not Detected | ~ |  |  |  |  |
| Streptococcus agalactiae | Not Detected | ~ |  |  |  |  |
| Proteus mirabilis | Not Detected | ~ |  |  |  |  |
| Providencia stuartii | Not Detected | ~ |  |  |  |  |
| Morganella morganii | Not Detected | ~ |  |  |  |  |
| Klebsiella oxytoca | Not Detected | ~ |  |  |  |  |
| Enterobacter aerogenes | Not Detected | ~ |  |  |  |  |
| Pseudomonas aeruginosa | Not Detected | ~ |  |  |  |  |
| Proteus vulgaris | Not Detected | ~ |  |  |  |  |
| Klebsiella pneumoniae | Not Detected | ~ |  |  |  |  |
| Acinetobacter baumannii | Not Detected | ~ |  |  |  |  |
| Enterococcus faecium | Not Detected | ~ |  |  |  |  |
| Enterobacter cloacae | Not Detected | ~ |  |  |  |  |
| Candida albicans | Not Detected | ~ |  |  |  |  |

**UTI Antibiotic Resistance by PCR**

| UTI ABR by PCR |  |  |  |  |  | Final |
|---|---|---|---|---|---|---|
| ABR GENES TESTED | RESULT | CLASS |  |  |  |  |

1 of 2

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/14/2020 09:11 Urinary Tract Infection ID by PCR / UTI Antibiotic Resistance by PCR          Latest Version
Reviewed By jmira on 08/14/2020 10:18

| | Order #: S10799455 | | | | SourceKey: d2075aac0eca3678 | | |
|---|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |
| **UTI ABR by PCR** | | • | | | | Final |
| sul1 | Not Detected | | | | | |
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl | Not Detected | | | | | |
| aOXA-25,blaOXA-20,blaOXA-437,blaOXA-72,blaSHV | | | | | | |
| -83 | | | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | | |
| aminoglycoside 6'-N-acetyltransferase type | Not Detected | | | | | |
| Ib, AAC6IB wt chromosomal | | | | | | |
| mef(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (sites qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 | Not Detected | | | | | |
| ,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on | | | | | | |
| plasmids is responsible for quinolone | | | | | | |
| resistance | | | | | | |
| BlaCTX-M | Not Detected | | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamido_dfr_A1_A5v2 | Not Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| ermA_B_C | Not Detected | | | | | |
| mecA_mecC | Not Detected | | | | | |
| NULL | | | | | | Final |
| UTI Antibiotic Resistance by PCR | | See Attachment | | | | Final |

Legend:
🌑 Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Curren HealthCare

Reviewed by Name                Reviewed by Signature                Date

P of 2

## Antibiotic Resistance Genes Assayed

| ABR Genes | ABR Class | Notes |
|---|---|---|
| blaIMP | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaXPC | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaNDM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaVIM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| OXA-48 | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| BlaCTX-M | β-lactamase | ESBL |
| blaOXA-139,blaOXA-160,blaOXA-207, blaOXA-24,blaOXA-25,blaOXA-26,blaOXA-437, blaOXA-72,blaSHV-63 | β-lactamase | Penicillins |
| mecA | Methicillin resistance | Methicillin/Oxacillin |
| mecC | Methicillin resistance | Methicillin/Oxacillin |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Aminoglycoside | Gentamicin, Tobramycin, Amikacin, Plazomicin |
| aac(6')-Ib-cr, fluoroquinolone | Aminoglycoside/ Quinolone | Gentamicin, Tobramycin, Amikacin, Plazomicin Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| mef(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(B) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(C) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| qnrS (alles qnrS1,qnrS10,qnrS11,qnrS12, qnrS13,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Quinolone | Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| sul1 | Sulfonamide | Sulfamethoxazole/Trimethoprim |
| tet(M) | Tetracycline | Doxycycline, Minocycline, Omadacycline, Ervacycline |
| dfrA5 | Trimethoprim | Trimethoprim |
| dfrA1 | Trimethoprim | Trimethoprim |
| vanA | Vancomycin resistance | Vancomycin |
| vanB | Vancomycin resistance | Vancomycin |

Sep  08  2020  10:24AM  Access  Medical  4793592153                    page  21

EXHIBIT 3 Page 9 of 10  Rogers Health and Rehabilitation Center

## Lab Results Report

Laboratory: 08/13/2020 00:52 RESULTS Stat/Non routine / R-URINALYSIS                    Latest Version
Reviewed By jmira on 08/13/2020 05:05

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 03/12/2020 19:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 03/13/2020 00:52 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Bumer, Kimberly | Order #: S10786378 |
| Copy to List: | Source Key: 62f44560a13ca972 | Category: Unknown Category |

Result for:

Order Notes

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment |  |  |  | Final |
| R-URINALYSIS | Complete |  |  | . | Final |

Legend:
- ⊗ Report contains critical results (results with critical flag)
- ⚠ Report contains abnormal results (results with change flag)

Performing Laboratory Information: Gamma Health Care

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 2

Sep 08 2020 10:24AM Access Medical 4793592153                                   page 22

EXHIBIT 3 Page 10 of 10

# ❖ WashingtonRegional
### Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 470-463-1000

Patient Name:                                    Client: GAMMA HEALTH CARE
Admit / Discharge:                               MRN:
DOB / Age / Sex:                                 FIN:   6970073638
OPI:                                             Attending Physician:   BURNER,KIMBERLY D,MD

---

## Chemistry

Footnote Legend:      @ = Abnormal      c = Corrected Results      C = Critical      O = Order Comments   f = Result Comments

---

### Routine Urinalysis

| Collected Date | 8/12/2020 | | |
|---|---|---|---|
| Collected Time | 19:00 CDT | | |
| Procedure | | Reference Range | Units |
| UA Color | Yellow | | |
| UA Appear | Clear | | |
| UA Spec Grav | 1.011 | [1.003-1.035] | |
| UA Leuk Est | Negative | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 6.0 | [5.0-6.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |

Patient Name:                                    Print Date / Time:   8/13/2020 00:21 CDT
Admit / Discharge:                               Report Request ID:   100257046
Laboratory Director: Lucas K. Campbell, M.D.                          Page 1 of 1