# EXHIBIT 4
# PATIENT 2

Sep 08 2020 10:20AM Access Medical 4793592153    page 11

9/8/2020    EXHIBIT 4 Page 1 of 11    Order Entry

**Resident:** ███████████

## Order Details

**Order Date:** 4/30/2020  08  27 *

**Order Category:** Laboratory *

**Communication Method:** ● Phone ○ Verbal ○ Prescriber written ○ Prescriber entered *

**Ordered By:** Mira, Jennifer *  (Current Primary Physician: Mark Hahn)

**Type of Lab:** UA with C&S

**Order Type:** Lab Orders - [LAB] *

### Order Summary:

UA with C&S

one time only for Acute mental status change for 1 Day

**Additional Information**

**Clinical Reviews:**

☒ Scheduling Details
☒ Source Details
☒ Audit Details

[Close]

https://www25.pointclickcare.com/clinical/pho/popup/advancedOrderEntry/viewOrder.xhtml?ESOL.poid=1003184&ESOL.clientid=364986    1/1

# Rogers Health and Rehabilitation Center

## Lab Results Report

Laboratory: 04/30/2020 14:30 RESULTS Stat/Non routine / R-URINALYSIS            Latest Version
Reviewed By mkburner on 04/30/2020 15:39

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/30/2020 10:50 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/30/2020 14:30 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S09755039 |
| Copy to List: | Source Key: aa14cbeb9fd1b8aa | Category: Unknown Category |

Order Notes

Result for:

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment |  |  |  | Final |
| R-URINALYSIS | Complete |  |  |  | Final |

Legend:
● Record contains critical alerts (results with red text)
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

Reviewed by Name          Reviewed by Signature          Date

1 of 2



# WashingtonRegional
## Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:
Admit / Discharge:
DOB / Age / Sex:
OPI:

Client: GAMMA HEALTH CARE
MRN:
FIN:  6970033114
Attending Physician:  BURNER, KIMBERLY D, MD

## Chemistry

Footnote Legend:    @ = Abnormal    c = Corrected Results    C = Critical    O = Order Comments    ( = Result Comments

### Routine Urinalysis

| Collected Date | 4/30/2020 | | |
|---|---|---|---|
| Collected Time | 10:50 CDT | | |
| Procedure | | Reference Range | Units |
| UA Color | Yellow | | |
| UA Appear | SL_CLOUDY | | |
| UA Spec Grav | 1.021 | [1.003-1.035] | |
| UA Leuk Est | 1+ @ | [Negative] | |
| UA Nitrite | Positive @ | [Negative] | |
| UA pH | 6.0 | [5.0-6.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EU/ri/VdL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |



## WashingtonRegional Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:
Admit / Discharge:
DOB / Age / Sex:
OP:

Client: GAMMA HEALTH CARE
MRN:
FIN: 6970033114
Attending Physician: BURNER, KIMBERLY D,MD

### Chemistry

Footnote Legend:  @ = Abnormal   c = Corrected Results   C = Critical   O = Order Comments   f = Result Comments

### Routine Urinalysis

| Collected Date | 4/30/2020 | | |
|---|---|---|---|
| Collected Time | 10:50 CDT | | |
| Procedure | | Reference Range | Units |
| UA RBC | 5-10 @ | | /HPF |
| UA WBC | 10-30 @ O1 | [0-5] | /HPF |
| UA Bacteria | 1+ @ O1 | | |
| UA Epithelial | 0-5 O1 | | /HPF |
| UA Mucous | Trace O1 | | |
| UA CA Ox Crystal | 1+ O1 | | |
| UA Amorph | 1+ O1 | | |

Order Comments
O1: Urinalysis Microscopic (UA Microscopic)
Ordered by Discern per Urinalysis Protocol

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 05/01/2020 03:21 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By agaros on 05/02/2020 14:41

Latest Version

### Resident Information
- Resident:
- Admit Date:
- Admitting Provider:
- Attending Provider:
- Copy to List:

### Report Information
- Collection Date: 04/30/2020 19:50
- Received Date:
- Reported Date: 05/01/2020 03:21
- Ord. Provider: Mira, Jennifer
- Source Key: 730815d3d77c04a2

### Clinic Information
- Status: Completed
- Flag: Normal
- Reporting Lab: Gamma Lab
- Order #: S09760C22
- Category: Unknown Category

### Order Notes

Result for:  Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

### UTI ID by PCR

Status: Final

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | |
| Providencia rettgeri | Not Detected | |
| Citrobacter koseri | Not Detected | |
| Escherichia coli | Detected | High (> 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected | |
| Staphylococcus aureus | Not Detected | |
| Streptococcus agalactiae | Not Detected | |
| Proteus mirabilis | Not Detected | |
| Providencia stuartii | Not Detected | |
| Morganella morganii | Not Detected | |
| Klebsiella oxytoca | Not Detected | |
| Enterobacter aerogenes | Not Detected | |
| Pseudomonas aeruginosa | Not Detected | |
| Proteus vulgaris | Not Detected | |
| Klebsiella pneumoniae | Not Detected | |
| Acinetobacter baumannii | Not Detected | |
| Enterococcus faecium | Not Detected | |
| Enterobacter cloacae | Not Detected | |
| Candida albicans | Not Detected | |

### UTI ABR by PCR

Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | |

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 05/01/2020 03:21 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By agates on 05/02/2020 14:41

Latest Version

Order #: S09T50022          SourceKey: 730615c3d77c04e2

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| blaOXA-13ß,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-28,blaOXA-437,blaOXA-72,blaSHV-53 | Not Detected | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB-wt chromosomal | Not Detected | | | | |
| mef(A) | Not Detected | | | | |
| tet(M) | Not Detected | | | | |
| blaIMP | Not Detected | | | | |
| OXA-48 | Not Detected | | | | |
| qnrS (alles qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 ,qnrS14,cnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | |
| BlaCTX-M | Not Detected | | | | |
| blaKPC | Not Detected | | | | |
| blaVIM | Not Detected | | | | |
| blaNDM | Not Detected | | | | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | | | | |
| Vancomycin | Not Detected | | | | |
| ermA_B_C | Not Detected | | | | |
| mecA_macC | Not Detected | | | | |

Legend:
🟠 Report contains critical results (results with red tag)
⚠ Report contains abnormal results (results with orange tag)

Performing Laboratory Information: Gemini HealthCare

Reviewed by Name        Reviewed by Signature        Date

Sep 08 2020 10:19AM Access Medical 4793592153         page 6
9/8/2020        EXHIBIT 4 Page 7 of 11                Order Entry

**Resident:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Order Details

**Order Date:** 3/31/2020   14 ▼ : 45 ▼ *

**Order Category:** Laboratory ▼ *

**Communication Method:** ○ Phone  ● Verbal  ○ Prescriber written  ○ Prescriber entered *

**Ordered By:** Mira, Jennifer   *   (Current Primary Physician: Mark Hahn)

**Type of Lab:** CBC, CMP, Chest X-Ray, U/A, Flu Swab, Covid Test, Blood Cultures.

**Order Type:** Lab Orders - [LAB] ▼ *

- Scheduling Details
- Source Details
- Audit Details

**Order Summary:**

CBC, CMP, Chest X-Ray, U/A, Flu Swab, Covid Test, Blood Cultures.

one time only for Pain/Temp related to CHRONIC OBSTRUCTIVE PULMONARY DISEASE, UNSPECIFIED (J44.9) util 03/31/2020 3:59

**Additional Information**

**Clinical Reviews:**

[ Close ]

# Rogers Health and Rehabilitation Center

## Lab Results Report

Laboratory: 03/31/2020 20:07 RESULTS Stat/Non routine / R-URINALYSIS  Latest Version
Reviewed By: mlra on 04/01/2020 05:19

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 03/31/2020 19:55 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 03/31/2020 20:07 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S09480985 |
| Copy to List: | Source Key: ff9126b9c54877e9 | Category: Unknown Category |

Order Notes

Result for:

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment | | | | Final |
| R-URINALYSIS | Complete | | | | Final |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|
| | | |

## WashingtonRegional
### Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name: ▇▇▇▇▇▇▇  
Admit / Discharge: ▇▇▇▇▇▇▇  
DOB / Age / Sex: ▇▇▇▇▇▇▇  
OPI:

Client: GAMMA HEALTH CARE  
MRN: ▇▇▇▇▇▇▇  
FIN: 6970026074  
Attending Physician: BURNER, KIMBERLY D.MD

### Chemistry

Footnote Legend:   @ = Abnormal   c = Corrected Results   C = Critical   O = Order Comments   ! = Result Comments

### Routine Urinalysis

| Collected Date | 3/31/2020 | | |
|---|---|---|---|
| Collected Time | 16:53 CDT | | |
| Procedure | | Reference Range | Units |
| UA Color | AMBER | | |
| UA Appear | Cloudy @ | | |
| UA Spec Grav | 1.018 | [1.003-1.035] | |
| UA Leuk Est | 3+ @ | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 5.0 | [5.0-8.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Trace @ | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |
| UA RBC | 0-5 O1 | | /HPF |
| UA WBC | TNTC @ O1 | [0-5] | /HPF |
| UA Bacteria | 3+ @ O1 | | |
| UA Epithelial | Occasional O1 | | /HPF |
| UA Mucous | Trace O1 | | |
| UA Hyal Cast | 5-10 @ O1 | | /LPF |

Order Comments  
O1:   Urinalysis Microscopic (UA Microscopic)  
      Ordered by Discern per Urinalysis Protocol

Patient Name: ▇▇▇▇▇▇▇  
Admit / Discharge: ▇▇▇▇▇▇▇  
Laboratory Director: Lucas K. Campbell, M.D.

Print Date / Time:   3/31/2020 19:33 CDT  
Report Request ID:   96961260  
Page 1 of 1

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/02/2020 11:28 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR              Latest Version
Reviewed By imra on 04/03/2020 07:20

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 03/31/2020 21:53 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/02/2020 11:28 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S09496196 |
| Copy to List: | Source Key: 7492063653f654c9 | Category: Unknown Category |

**Order Notes**

Result for:                         Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** | | | | | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | High (> 100,000 copies/mL) |
| Enterococcus faecalis | Detected | Low (< 10,000 copies/mL) |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Detected | Low (< 10,000 copies/mL) |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                                          Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| aut | Not Detected | - |

# Rogers Health and Rehabilitation Center

## Lab Results Report

Laboratory: 04/02/2020 11:26 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR      Latest Version
Reviewed By jmira on 04/03/2020 07:20

Order #: S09496186           SourceKey: 7492063853f654n9

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-23,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV -63 | Not Detected | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | |
| mef(A) | Not Detected | | | | |
| tet(M) | Detected | Tetracycline | | | |
| blaIVP | Not Detected | | | | |
| OXA-48 | Not Detected | | | | |
| qnrS (alles qnrS1,qnrS10,qnrS11,qnrS12,qnrS13, qnrS14,qrrS4,qnrST,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | |
| BlaCTX-M | Not Detected | | | | |
| blaKPC | Not Detected | | | | |
| blaVIM | Not Detected | | | | |
| blaNDM | Not Detected | | | | |
| Sulfonamide_dfr_A1_A9/2 Diaminopyrimidines | Detected | | | | |
| Vancomycin | Not Detected | | | | |
| ermA_B_C | Detected | Macrolides, Lincosamides, Streptogramins | | | |
| mecA_mecC | Not Detected | | | | |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gen on HealthCare

Reviewed by Name       Reviewed by Signature       Date