# EXHIBIT 5
# PATIENT 3

Sep 08 2020 10:18AM Access Medical 4793592153                    page 1

9/8/2020          EXHIBIT 5 Page 1 of 5                    Order Entry

**Resident:** ▮▮▮▮▮▮▮▮▮▮▮

Order Details

| | | Order Summary: |
|---|---|---|
| Order Date: | 2/28/2020   08 ∨   16 ∨  * | UA with C&S, CBC, CMP |
| Order Category: | Laboratory  ∨  * | STAT |
| Communication Method: | ○ Phone  ○ Verbal  ○ Prescriber written  ◉ Prescriber entered  * | |
| Ordered By: | Mira, Jennifer           * | (Current Primary Physician: Mark Hahn) |
| Type of Lab: | UA with C&S, CBC, CMP | |

Additional Information

Clinical Reviews:

Order Type: Lab Orders - [LAB]    ∨  *

⊟ Scheduling Details

⊟ Source Details

⊟ Audit Details

[ Close ]

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 03/01/2020 07:04 Urinary Track Infection ID by PCR / UTI Antibiotc Resistance by PCR                    Latest Version
Reviewed By: [mks on 03/02/2020 08:15

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/28/2020 11:30 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 03/01/2020 07:04 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S09175530 |
| Copy to List: | Source Key: 3dcab091814a5b5f | Category: Unknown Category |

**Order Notes**

Result for:                    Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #: 26D1041510 Laboratory
Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in
this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not
necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** |  |  |  |  | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | |
| Providencia rettgeri | Not Detected | |
| Citrobacter koseri | Not Detected | |
| Escherichia coli | Not Detected | |
| Enterococcus faecalis | Not Detected | |
| Staphylococcus aureus | Not Detected | |
| Streptococcus agalactiae | Not Detected | |
| Proteus mirabilis | Not Detected | |
| Providencia stuartii | Not Detected | |
| Morganella morganii | Not Detected | |
| Klebsiella oxytoca | Not Detected | |
| Enterobacter aerogenes | Not Detected | |
| Pseudomonas aeruginosa | Not Detected | |
| Proteus vulgaris | Not Detected | |
| Klebsiella pneumoniae | Not Detected | |
| Acinetobacter baumannii | Not Detected | |
| Enterococcus faecium | Not Detected | |
| Enterobacter cloacea | Not Detected | |
| Candida albicans | Not Detected | |

**UTI ABR by PCR**                    Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | |

Sep 08 2020 10:18AM  Access Medical  4793592153                    page 3

EXHIBIT 5 Page 3 of 5

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 03/01/2020 07:04 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By jmira on 03/02/2020 06:15                                                 Latest Version

| | Order #: 809175530 | | SourceKey: 3daaa091814a5b51 | | | |
|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |
| blaOXA-133,blaOXA-160,blaOXA-207,blaOXA-24,bl | Not Detected | | | | | |
| aOXA-23,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV | | | | | | |
| -58 | | | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | | |
| aminoglycoside 5'-N-acetyltransferase type | Not Detected | | | | | |
| Ib, AAC6'Ib at chromosomal | | | | | | |
| mef(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (alias qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 | Not Detected | | | | | |
| qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on | | | | | | |
| plasmids is responsible for quinolone | | | | | | |
| resistance | | | | | | |
| blaCTX-M | Not Detected | | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| armA_B_C | Not Detected | | | | | |
| mecA_mecC | Not Detected | | | | | |

Legend:
● Report contains critical results (results with red text)
△ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Samora HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 02/28/2020 14:50 RESULTS Stat/Non routine / R-URINALYSIS / R-URINALYSIS, MICROSCOPIC ONLY      Latest Version
Reviewed By Indra on 02/28/2020 15:28

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/28/2020 11:30 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/28/2020 14:50 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S08167281 |
| Copy to List: | Source Key: 1b2eee5454d0d847 | Category: Unknown Category |

| | Order Notes | |
|---|---|---|

Result for:

| | Result See Attachment | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | | | | | Final |
| R-URINALYSIS | Complete | | | | Final |
| R-URINALYSIS, MICROSCOPIC ONLY | Complete | | | | Final |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 5

Sep 08 2020 10:18AM Access Medical 4793592153       page 5

EXHIBIT 5 Page 5 of 5

## WashingtonRegional
### Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

| | |
|---|---|
| Patient Name: | Client: GAMMA HEALTH CARE |
| Admit / Discharge: | MRN: |
| DOB / Age / Sex: | FIN: 6970014199 |
| OPI: | Attending Physician: BURNER,KIMBERLY D,MD |

---

### Chemistry

Footnote Legend:    @ = Abnormal    c = Corrected Results    C = Critical    O = Order Comments   f = Result Comments

### Routine Urinalysis

| Collected Date | 2/28/2020 | | |
|---|---|---|---|
| Collected Time | 11:30 CST | | |
| Procedure | | Reference Range | Units |
| UA Color | AMBER | | |
| UA Appear | Clear | | |
| UA Spec Grav | 1.015 | [1.003-1.035] | |
| UA Leuk Est | Negative | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 5.0 | [5.0-8.0] | |
| UA Protein | 1+ @ | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |
| UA RBC | 5-10 @ O1 | | /HPF |
| UA WBC | 1-5 O1 | [0-5] | /HPF |
| UA Bacteria | 2+ @ O1 | | |
| UA Epithelial | Occasional O1 | | /HPF |
| UA Mucous | Trace O1 | | |
| UA Amorph | 1+ O1 | | |

Order Comments

O1:    Urinalysis Microscopic (UA Microscopic)
      Ordered by Discern per Urinalysis Protocol