# EXHIBIT 6
# PATIENT 4

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/19/2020 03:52 Urinalysis, Complete with Reflex            Latest Version
Reviewed By jmra on 08/19/2020 05:52

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 08/18/2020 06:16 | Status: Completed |
| Admit Date: | Received Date: | Flag: ⚠ |
| Admitting Provider: | Reported Date: 08/19/2020 03:52 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S10845175 |
| Copy to List: | Source Key: 2d3d395d6a111fea | Category: Chemistry,Microbiology |

**Order Notes**

Result for:                                                      Urinalysis Collection Site: : Not Specified - UR, Urinalysis Collection Source: : Not Specified - UR,
Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D., DIAG-R82.998

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **Urinalysis, Complete with Reflex** | | | | | |
| COLOR | AMBER | | CLEAR/YEL/ST RAW | ⚠ | Final |
| CLARITY | SL.CLOUDY | | CLEAR | ⚠ | Final |
| pH | 7.0 | | 5.0-7.5 | | Final |
| SPECIFIC GRAVITY | 1.024 | | 1.003-1.033 | | Final |
| PROTEIN | 100 | MG/DL | NEGATIVE | H | Final |
| GLUCOSE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| KETONE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| BLOOD | SMALL | MG/DL | NEGATIVE | ⚠ | Final |
| BILIRUBIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| UROBILINOGEN | <2.0 | MG/DL | <2.0 | | Final |
| NITRITE | NEGATIVE | | NEGATIVE | | Final |
| LEUKOCYTE ESTERASE | MODERATE | | NEGATIVE | ⚠ | Final |
| WHITE BLOOD CELL | 26-50 | | 0-4 | ⚠ | Final |
| RED BLOOD CELL | 0-4 | | 0-4 | | Final |
| BACTERIA | RARE | | NONE | ⚠ | Final |
| MUCOUS | SMALL | | NONE/SMALL | | Final |
| CULTURE INDICATED? | YES | | | | Final |
| URINE CULTURE TO FOLLOW - PB | | | | | |

Legend:
⊕  Report contains critical results (results with red text)
⚠  Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

Reviewed by Name          Reviewed by Signature          Date

1 of 1

**Resident:** ███████████

## Order Details

**Order Date:** 4/10/2020  [21 ▾] [13 ▾] *

**Order Category:** Laboratory ▾ *

**Communication Method:** ● Phone  ○ Verbal  ○ Prescriber written  ○ Prescriber entered *

**Ordered By:** Mira, Jennifer   *   (Current Primary Physician: Mark Hahn)

**Type of Lab:** UA with C&S if indicated

**Order Type:** Lab Orders - [LAB] ▾ *

⊞ Scheduling Details
⊞ Source Details
⊞ Audit Details

**Order Summary:**
UA with C&S if indicated

STAT for fever of unknown origin

Additional Information

Clinical Reviews:

[ Close ]

Sep 09 2020 10:02AM Access Medical 4793592153         page 7

EXHIBIT 6 Page 3 of 11

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/19/2020 23:15 RESULTS Stat/Non routine / R-URINALYSIS                                Latest Version
Reviewed By jmira on 04/20/2020 05:33

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/19/2020 22:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/19/2020 23:15 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: 509645846 |
| Copy to List: | Source Key: fe94ae971d3ca367 | Category: Unknown Category |

Order Notes

Result for:

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment | | | | Final |
| R-URINALYSIS | Complete | | | · | Final |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|
| | | |



## WashingtonRegional
### Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:  
Admit / Discharge:  
DOB / Age / Sex:  
OP:

Client: GAMMA HEALTH CARE  
MRN:  
FIN: 6970030169  
Attending Physician: BURNER, KIMBERLY D, MD

### Chemistry

Footnote Legend:  @ = Abnormal   c = Corrected Results   C = Critical   O = Order Comments   f = Result Comments

### Routine Urinalysis

| Collected Date | 4/18/2020 | | |
|---|---|---|---|
| Collected Time | 22:00 CDT | | |
| Procedure | | Reference Range | Units |
| UA Color | AMBER | | |
| UA Appear | SL CLOUDY | | |
| UA Spec Grav | 1.018 | [1.003-1.035] | |
| UA Leuk Est | 1+ @ | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 7.0 * | [5.0-6.0] | |
| UA Protein | 2+ @ | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |
| UA RBC | 0-5 c1 | | /HPF |
| UA WBC | TNTC @ o1 | [0-5] | /HPF |
| UA Bacteria | Occasional o1 | | |
| UA Epithelial | Occasional o1 | | /HPF |
| UA Mucous | Trace o1 | | |

Order Comments  
O1: Urinalysis Microscopic (UA Microscopic)  
Ordered by Discern per Urinalysis Protocol

Patient Name:  
Admit / Discharge:  
Laboratory Director: Lucas K. Campbell, M.D.

Print Date / Time: 4/19/2020 22:00 CDT  
Report Request ID: 97357098  
Page 1 of 1

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 04/20/2020 23:13 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR    Latest Version
Reviewed By jmlm on 04/21/2020 16:12

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/18/2020 22:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/20/2020 23:13 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Bumer, Kimberly | Order #: S09562951 |
| Copy to Lieb | Source Key: fdacc199b209558b | Category: Unknown Category |

**Order Notes**

Result for: _____ Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma Health Care, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| UTI ID by PCR | | | | | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | High (> 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**    Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Detected | Sulfonamide |

1 of 2

## Rogers Health and Rehabilitation Center
### Lab Results Report

Laboratory: 04/20/2020 23:13 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR    Latest Version
Reviewed By jmira on 04/21/2020 16:12

| | Order #: S09662951 | | SourceKey: fdacc199b209668b | | | |
|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |

| | | |
|---|---|---|
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-28,blaOXA-437,blaOXA-72,blaSHV -63 | Not Detected | |
| aac(6')-Ib-cr, fluoroquinolone | Detected | Aminoglycoside/ Quinolone |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC2B a1 chromosomal | Not Detected | |
| mef(A) | Not Detected | |
| tet(M) | Not Detected | |
| blaIMP | Not Detected | |
| OXA-48 | Not Detected | |
| qnrS (ales qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 ,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance. | Not Detected | |
| BlaCTX-M | Detected | B-lactamase |
| blaKPC | Not Detected | |
| blaVIM | Not Detected | |
| blaNDM | Not Detected | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | |
| Vancomycin | Not Detected | |
| ermA_B_C | Not Detected | |
| mecA_mecC | Not Detected | |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Genova HealthCare

Reviewed by Name    Reviewed by Signature    Date

**Resident:** [redacted]

## Order Details

**Order Date:** 8/18/2020   [06 ▾] [01 ▾] *

**Order Category:** Laboratory ▾ *

**Communication Method:** ○ Phone  ○ Verbal  ○ Prescriber written  ⦿ Prescriber entered *

**Ordered By:** Mira, Jennifer *   (Current Primary Physician: Mark Hahn)

**Type of Lab:** UA with C&S no PCR

**Order Type:** Lab Orders - (LAB) ▾ *

⊞ Scheduling Details
⊞ Source Details
⊞ Audit Details

**Order Summary:**
UA with C&S no PCR

STAT for elevated WBC

Additional Information

Clinical Reviews:

[ Close ]

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/19/2020 14:41 Urinary Tract Infection ID by PCR / UTI Antibiotic Resistance by PCR    Latest Version
Reviewed By jmira on 03/20/2020 05:40

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 08/18/2020 06:15 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 08/19/2020 14:41 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: S10846249 |
| Copy to List: | Source Key: d863791b50cbc65b | Category: Unknown Category |

**Order Notes**

Result for: ___ Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #:26D1041510 Laboratory Director: David L. Smoley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| UTI ID by PCR | | | | | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | |
| Providencia rettgeri | Not Detected | |
| Citrobacter koseri | Not Detected | |
| Escherichia coli | Not Detected | |
| Enterococcus faecalis | Not Detected | |
| Staphylococcus aureus | Not Detected | |
| Streptococcus agalactiae | Not Detected | |
| Proteus mirabilis | Detected | High (> 100,000 copies/mL) |
| Providencia stuartii | Not Detected | |
| Morganella morganii | Not Detected | |
| Klebsiella oxytoca | Not Detected | |
| Enterobacter aerogenes | Not Detected | |
| Pseudomonas aeruginosa | Not Detected | |
| Proteus vulgaris | Not Detected | |
| Klebsiella pneumoniae | Not Detected | |
| Acinetobacter baumannii | Not Detected | |
| Enterococcus faecium | Not Detected | |
| Enterobacter cloacae | Not Detected | |
| Candida albicans | Not Detected | |

**UTI Antibiotic Resistance by PCR**

UTI ABR by PCR    Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|

Sep 09 2020 10:01AM Access Medical 4793592153    page 3

EXHIBIT 6 Page 9 of 11

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/19/2020 14:41 Urinary Tract Infection ID by PCR / UTI Antibiotic Resistance by PCR        Latest Version
Reviewed By jmira on 08/20/2020 05:40

Order #: S10848249         SourceKey: d93B791b50cbc65b

| | | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|---|
| UTI ABR by PCR | | | | | | Final |
| ==1 | Not Detected | | | | | |
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV -63 | Not Detected | | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | | |
| msr(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (a)ea qnrS1,qnrS10,qnrS11,qnrS12,qnrS13, qnrS14,qnrS4,qnrS7,qnrS8,qnrS9); The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | | |
| BlaCTX-M | Not Detected | | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamide_dfr_A1_A&v2 Diaminopyrimidines | Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| ermA_B_C | Not Detected | | | | | |
| mecA_mecC | Not Detected | | | | | |
| NULL | | | | | | Final |
| UTI Antibiotic Resistance by PCR | | See Attachment | | | | Final |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

Reviewed by Name       Reviewed by Signature       Date

## Antibiotic Resistance Genes Assayed

| ABR Genes | ABR Class | Notes |
|---|---|---|
| blaIMP | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaKPC | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaNDM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaVIM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| OXA-48 | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| BlaCTX-M | β-lactamase | ESBL |
| blaOXA-139, blaOXA-160, blaOXA-207, blaOXA-24, blaOXA-25, blaOXA-26, blaOXA-437, blaOXA-72, blaSHV-63 | β-lactamase | Penicillins |
| mecA | Methicillin resistance | Methicillin/Oxacillin |
| mecC | Methicillin resistance | Methicillin/Oxacillin |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomsl | Aminoglycoside | Gentamicin, Tobramycin, Amikacin, Plazomicin |
| aac(6')-Ib-cr, fluoroquinolone | Aminoglycoside/ Quinolone | Gentamicin, Tobramycin, Amikacin, Plazomicin Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| mef(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(B) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(C) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| qnrS (alles qnrS1, qnrS10, qnrS11, qnrS12, qnrS13, qnrS14, qnrS4, qnrS7, qnrS8, qnrS9). The gene on plasmids is responsible for quinolone resistance | Quinolone | Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| sul1 | Sulfonamide | Sulfamethoxazole/Trimethoprim |
| tet(M) | Tetracycline | Doxycycline, Minocycline, Omadacycline, Ervacycline |
| dfrA5 | Trimethoprim | Trimethoprim |
| dfrA1 | Trimethoprim | Trimethoprim |
| vanA | Vancomycin resistance | Vancomycin |
| vanB | Vancomycin resistance | Vancomycin |

1717 West Maud St   Poplar Bluff, MO 63901   Phone (573)727-5600   Fax (573)785-0753

## Rogers Health and Rehabilitation Center

### Lab Results Report

Laboratory: 08/19/2020 03:52 Urinalysis, Complete with Reflex  
Reviewed By jmfra on 08/19/2020 05:52

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 08/18/2020 06:15 | Status: Completed |
| Admit Date: | Received Date: | Flag: A |
| Admitting Provider: | Reported Date: 08/19/2020 03:52 | Reporting Lab: Gamma Lab |
| Attending Provider: | Ord. Provider: Burner, Kimberly | Order #: 810645175 |
| Copy to List: | Source Key: 2d3d395c6a111fea | Category: Chemistry, Microbiology |

**Order Notes**

Result for: ... Urinalysis Collection Site: : Not Specified - UR, Urinalysis Collection Source: : Not Specified - UR,  
Testing Site: 3717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D., DIAG-R82.998

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **Urinalysis, Complete with Reflex** | | | | | |
| COLOR | AMBER | | CLEAR/YELLOW RAW | A | Final |
| CLARITY | CLOUDY | | CLEAR | A | Final |
| pH | 7.0 | | 5.0-7.5 | | Final |
| SPECIFIC GRAVITY | 1.024 | | 1.003-1.033 | | Final |
| PROTEIN | 100 | MG/DL | NEGATIVE | H | Final |
| GLUCOSE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| KETONE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| BLOOD | SMALL | MG/DL | NEGATIVE | A | Final |
| BILIRUBIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| UROBILINOGEN | <2.0 | MG/DL | <2.0 | | Final |
| NITRITE | NEGATIVE | | NEGATIVE | | Final |
| LEUKOCYTE ESTERASE | MODERATE | | NEGATIVE | A | Final |
| WHITE BLOOD CELL | 26-50 | | 0-4 | A | Final |
| RED BLOOD CELL | 0-4 | | 0-4 | | Final |
| BACTERIA | RARE | | NONE | A | Final |
| MUCOUS | SMALL | | NONE/SMALL | | Final |
| CULTURE INDICATED? | YES | | | | Final |

URINE CULTURE TO FOLLOW - PB

Legend:  
● Result contains critical results (results with red text)  
⚠ Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|