# EXHIBIT 7
# PATIENT 5

9/4/2020　　　　　　　　　　　　　　　　　　　　Order Entry

**Resident:** ▮▮▮▮▮▮▮▮▮▮

### Order Details

- **Order Date:** 2/10/2020　11　10 *
- **Order Category:** Laboratory *
- **Communication Method:** ○ Phone ○ Verbal ● Prescriber written ○ Prescriber entered *
- **Ordered By:** Harrod, Naomi *　(Current Primary Physician: Kimberly)
- **Type of Lab:** UA with c&s

- **Order Type:** Lab Orders - [LAB-daily] *

### Scheduling Details

Add Schedule: [Routine] [PRN] [One Time Only] [STAT]

### Source Details

### Audit Details

**Order Summary:**
UA with c&s

**Formularies　Contains**
- ⊠ No Formulary Found
- ❦ No Formulary Found
- ✓ No Formulary Found
- $ No Formulary Found

[Additional Information]

[Close]

## Lab Results Report

Laboratory: 02/10/2020 17:24 RESULTS Stat/Non routine / R-URINALYSIS          Latest Version
Reviewed By Nucharred on 02/11/2020 10:34

### Resident Information
Resident:
Admit Date:
Admitting Provider:
Attending Provider:
Copy to List:

### Report Information
Collection Date: 02/10/2020 09:50
Received Date:
Reported Date: 02/10/2020 17:24
Ord. Provider: Burner, Kimberly
Source Key: 3539d3e438fa51d7

### Clinic Information
Status: Completed
Flag: Normal
Reporting Lab: Gamma HealthCare, Inc. Lab
Order #: S06962848
Category: Unknown Category

Order Notes

Result for:

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment | | | | Final |
| R-URINALYSIS | Complete | | | | Final |

Legend:
● Report contains critical results. Heads with red seal.
△ Report contains abnormal results. Heads with orange leaf.

Performing Laboratory Information: Gamma HealthCare

Reviewed by Name          Reviewed by Signature          Date

## WashingtonRegional Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:
Admit / Discharge:
DOB / Age / Sex:
OPI:

Client: GAMMA HEALTH CARE
MRN:
FIN: 8970004815
Attending Physician: BURNER, KIMBERLY D,MD

### Chemistry

Footnote Legend:  @ = Abnormal   c = Corrected Results   C = Critical   O = Order Comments   I = Result Comments

### Routine Urinalysis

| Collected Date: 2/10/2020 Collected Time: 09:50 CST | | | |
|---|---|---|---|
| Procedure | | Reference Range | Units |
| UA Color | Yellow | | |
| UA Appear | Clear | | |
| UA Spec Grav | 1.011 | [1.003-1.035] | |
| UA Leuk Est | Negative | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 6.0 | [5.0-8.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilirogen | 0.2 | [1] | EUnit/dL |
| UA Bx | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |

EXHIBIT 7 Page 4 of 5    **Apple Creek Health and Rehab, LLC**

**Lab Results Report**

Laboratory: 02/12/2020 15:49 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR                Latest Version
Reviewed By naoharrod on 02/14/2020 09:26

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/11/2020 09:49 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/12/2020 15:49 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: | Order #: S08958411 |
| Copy to List | Source Key: f70e50221c514d0e | Category: Unknown Category |

**Order Notes**

Result for: ▇▇▇▇▇▇▇▇  Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-6600 CLIA #:26D1041510 Laboratory Director: David L. Smalley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** |  |  |  |  | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | |
| Providencia rettgeri | Not Detected | |
| Citrobacter koseri | Not Detected | |
| Escherichia coli | Not Detected | |
| Enterococcus faecalis | Not Detected | |
| Staphylococcus aureus | Not Detected | |
| Streptococcus agalactiae | Not Detected | |
| Proteus mirabilis | Not Detected | |
| Providencia stuartii | Not Detected | |
| Morganella morganii | Not Detected | |
| Klebsiella oxytoca | Not Detected | |
| Enterobacter aerogenes | Not Detected | |
| Pseudomonas aeruginosa | Not Detected | |
| Proteus vulgaris | Not Detected | |
| Klebsiella pneumoniae | Detected | Low (< 10,000 copies/mL) |
| Acinetobacter baumannii | Not Detected | |
| Enterococcus faecium | Not Detected | |
| Enterobacter cloacae | Not Detected | |
| Candida albicans | Not Detected | |

**UTI ABR by PCR**                                                                                          Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | |

## Apple Creek Health and Rehab, LLC
### Lab Results Report

Laboratory: 02/12/2020 15:49 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR    Latest Version
Reviewed By Nsohsrrod on 02/14/2020 09:25

Order #: S08588411    SourceKey: f70e50221c514d0a

| Test | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,blaOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-63 | Not Detected | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | |
| mef(A) | Not Detected | | | | |
| tet(M) | Detected | Tetracycline | | | |
| blaIMP | Not Detected | | | | |
| OXA-48 | Not Detected | | | | |
| qnrS (alias qnrS1,qnrS10,qnrS11,qnrS12,qnrS13,qnrS14,qnrS34,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | |
| BlaCTX-M | Not Detected | | | | |
| blaKPC | Not Detected | | | | |
| blaVIM | Not Detected | | | | |
| blaNDM | Not Detected | | | | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | | | | |
| Vancomycin | Not Detected | | | | |
| armA_B_C | Not Detected | | | | |
| mecA_mecC | Not Detected | | | | |

Legend:
⊗  Report contains critical results (results with red text)
⚠  Report contains abnormal results (results with orange text)

Performing Laboratory Information: Camera Health Care

Reviewed by Name        Reviewed by Signature        Date