# EXHIBIT 8
# PATIENT 6

Sep. 8. 2020  1:07PM   EXHIBIT 8 Page 1 of 5      Order Entry      No. 1665   P. 12/19

**Resident:** ▓▓▓▓▓▓▓▓

## Order Details

- **Order Date:** 3/4/2020   [14 ∨] [11 ∨] *
- **Order Category:** Diagnostic ∨ *
- **Communication Method:** ⦿ Phone  ○ Verbal  ○ Prescriber written  ○ Prescriber entered *
- **Ordered By:** Harrod, Naomi *   (Current Primary Physician: Kimbo)
- **Type of Diagnostic:** CBC, BMP, CXR, UA via Cath with C&S.
- **Order Type:** Diagnostic Orders - [LAB-daily] ∨ *

## Scheduling Details

- **Add Schedule:** [Routine] [PRN] [One Time Only] [STAT]
- STAT 1 (consists)
- **Related Diagnoses:**
- **For (Indications for Use):** LLE edema
- **Additional Directions:**
- **Start Date:** 3/4/2020      **End Date:** 3/4/2020

**Order Summary:**

CBC, BMP, CXR, UA via Cath with C&S.

STAT for LLE edema

Formularies Contains
- ✗ No Formulary Found
- ✗ No Formulary Found
- ✗ No Formulary Found
- $ No Formulary Found

Additional Information

[Close]

Apple Creek Health and Rehab, LLC

## Lab Results Report

Laboratory: 03/04/2020 20:09 RESULTS Stat/Non routine / R-URINALYSIS                      Latest Version
Reviewed By: nacharrod on 03/05/2020 08:45

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 03/04/2020 17:29 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 03/04/2020 20:09 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: 509224705 |
| Copy to List: | Source Key: abcf0b0151a75c7 | Category: Unknown Category |

Order Notes

Result for:

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment |  |  |  | Final |
| R-URINALYSIS | Complete |  |  |  | Final |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

Reviewed by Name          Reviewed by Signature          Date

# WashingtonRegional
## Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
Admit / Discharge: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
DOB / Age / Sex: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
OPI:

Client: GAMMA HEALTH CARE  
MRN: ▮▮▮▮▮▮▮  
FIN: 6970016831  
Attending Physician: UNASSIGNED.MD .MD

## Chemistry

Footnote Legend:   @ = Abnormal   c = Corrected Results   C = Critical   O = Order Comments   I = Result Comments

### Routine Urinalysis

| Collected Date | 3/4/2020 | | |
|---|---|---|---|
| Collected Time | 15:45 CST | | |
| Procedure | | Reference Range | Units |
| UA Color | Yellow | | |
| UA Appear | Clear | | |
| UA Spec Grav | 1.019 | [1.003-1.035] | |
| UA Leuk Est | Negative | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 7.0 | [5.0-6.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |

**Apple Creek Health and Rehab, LLC**

## Lab Results Report

Laboratory: 03/06/2020 10:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR      Latest Version
Reviewed By Nacharred on 03/17/2020 09:56.

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 03/04/2020 15:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 03/06/2020 10:23 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: S09241586 |
| Copy to List: | Source Key: 68f10c0e0745aa5f | Category: Unknown Category |

**Order Notes**

Result for: _____ Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

Result   Unit   Ref Range   Flag   Status

**UTI ID by PCR**                                                                                    Final

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Not Detected | - |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                                   Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | |

## Lab Results Report

Laboratory: 03/06/2020 10:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR           Latest Version
Reviewed By Naoharrod on 03/17/2020 09:56

|  | Order #: 309241566 | SourceKey: 66f10c0c0745ba5f | | | | |
|---|---|---|---|---|---|---|
|  |  | Result | Unit | Ref. Range | Flag | Status |
| blaOXA-133, blaOXA-160, blaOXA-207, blaOXA-24, blaOXA-25, blaOXA-26, blaOXA-437, blaOXA-72, blaSHV-63 | Not Detected |  |  |  |  |  |
| aac(6')-lb-cr, fluoroquinolone | Not Detected |  |  |  |  |  |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected |  |  |  |  |  |
| mef(A) | Not Detected |  |  |  |  |  |
| tet(M) | Not Detected |  |  |  |  |  |
| blaIMP | Not Detected |  |  |  |  |  |
| OXA-48 | Not Detected |  |  |  |  |  |
| qnrS (alles qnrS1, qnrS10, qnrS11, qnrS12, qnrS13, qnrS14, qnrS34, qnrS7, qnrS8, qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected |  |  |  |  |  |
| BlaCTX-M | Not Detected |  |  |  |  |  |
| blaKPC | Not Detected |  |  |  |  |  |
| blaVIM | Not Detected |  |  |  |  |  |
| blaNDM | Not Detected |  |  |  |  |  |
| Sulfonamide_dfr_A1_A5v2 | Not Detected |  |  |  |  |  |
| Vancomycin | Not Detected |  |  |  |  |  |
| ermA_B_C | Not Detected |  |  |  |  |  |
| mecA_mecC | Not Detected |  |  |  |  |  |

Legend:
🟢 Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|