# EXHIBIT 9
# PATIENT 7



Resident: [redacted]

Order Details

Order Date: 2/17/2020  16 ▼  55 ▼ *
Order Category: Laboratory ▼ *
Communication Method: ○ Phone  ● Verbal  ○ Prescriber written  ○ Prescriber entered *
Ordered By: Harrod, Naomi *  (Current Primary Physicians Kimberly
Type of Lab: UA with C&S

Order Type: Lab Orders - [LAB-daily] ▼ *

⊞ Scheduling Details
Add Schedule: [Routine] [PRN] [One Time Only] [STAT]

⊞ Source Details
⊞ Audit Details

Order Summary:
UA with C&S

Formularies  Contains
✗ No Formulary Found
✗ No Formulary Found
✗ No Formulary Found
$ No Formulary Found

[Additional Information]

[Close]

EXHIBIT 9 Page 2 of 5    Apple Creek Health and Rehab, LLC

## Lab Results Report

Laboratory: 02/18/2020 05:19 RESULTS Stat/Non routine / R-URINALYSIS                      Latest Version
Reviewed By NacHarrod on 02/18/2020 09:40

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/17/2020 17:30 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/18/2020 05:19 | Reporting Lab: Gamma HealthCare, Inc. Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: S09044330 |
| Copy to List | Source Key: d4969da13d5ee6d8 | Category: Unknown Category |

Order Notes:

Result for:

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment |  |  |  | Final |
| R-URINALYSIS | Complete |  |  |  | Final |

Legend:
🔴 Report contains critical results (results with red text)
🔶 Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

Reviewed by Name         Reviewed by Signature         Date

# WashingtonRegional
## Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name: ███
Admit / Discharge: ███
DOB / Age / Sex: ███
OPI:

Client: GAMMA HEALTH CARE
MRN: ███
FIN: 6970008449
Attending Physician: UNASSIGNED,MD ,MD

## Chemistry

Footnote Legend:  @ = Abnormal    c = Corrected Results    C = Critical    O = Order Comments    f = Result Comments

### Routine Urinalysis

| Procedure | Collected Date 2/17/2020 Collected Time 17:30 CST | Reference Range | Units |
|---|---|---|---|
| UA Color | Yellow | | |
| UA Appear | Turbid @ | | |
| UA Spec Grav | 1.012 | [1.003-1.035] | |
| UA Leuk Est | 2+ @ | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 6.0 | [5.0-6.0] | |
| UA Protein | 2+ @ | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUni/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | 1+ @ | [Negative] | |
| UA RBC | TNTC @ O1 | | /HPF |
| UA WBC | TNTC @ O1 | [0-5] | /HPF |
| UA Epithelial | None_Seen O1 | | /HPF |
| UA CA Ox Crystal | 2+ O1 | | |

Order Comments
O1:  Urinalysis Microscopic (UA Microscopic)
　　 Ordered by Discern per Urinalysis Protocol

Patient Name: ███
Admit / Discharge: ███
Laboratory Director: Lucas K. Campbell, M.D.

Print Date / Time: 2/18/2020 03:05 CST
Report Request ID: 95799510
Page 1 of 1

## Lab Results Report

Laboratory: 02/19/2020 00:40 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By: NaoHarrod on 02/20/2020 10:20

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/17/2020 17:30 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/19/2020 00:40 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: S09057671 |
| Copy to List | Source Key: b048df74c4a90d4 | Category: Unknown Category |

### Order Notes

Result for: _____  Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** |  |  |  |  | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | Medium (10,000 - 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                                Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | - |

Apple Creek Health and Rehab, LLC

Lab Results Report

Laboratory: 02/19/2020 00:40 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR    Latest Version
Reviewed By Nacharrod on 02/20/2020 10:20

| | Order #: S09057671 | | SourceKey: b048d174b4e80d4 | | | |
|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-93 | Not Detected | | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Detected | Aminoglycosidal/Quinolone | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | | |
| mef(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (also qnrS1,qnrS10,qnrS11,qnrS12,qnrS13 ,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | | |
| BlaCTX-M | Detected | B-lactamase | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamide_cfr_A3_A5v2 | Not Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| armA_B_C | Not Detected | | | | | |
| mecA_mecC | Not Detected | | | | | |

Legend:
● Report contains critical results (results with red flag)
⚠ Report contains abnormal results (results with orange flag)
Performing Laboratory Information: Genova HealthCare

Reviewed by Name       Reviewed by Signature       Date