# EXHIBIT 10
# PATIENT 8

Sep. 8. 2020 1:08PM  
9/4/2020  EXHIBIT 10 Page 1 of 7        Order Entry           No. 1665   P. 17/19

**Resident:** ███████

## Order Details

**Order Date:** 5/1/2020   14 ▼ : 58 ▼ *

**Order Category:** Laboratory ▼ *

**Communication Method:** ○ Phone  ● Verbal  ○ Prescriber written  ○ Prescriber entered *

**Ordered By:** Harrod, Naomi *   (Current Primary Physician: Kimberly)

**Type of Lab:** UA with C&S s/t dysuria

**Order Type:** Lab Orders - [LAB-daily] ▼ *

### Scheduling Details

**Add Schedule:** [Routine] [PRN] [One Time Only] [STAT]

### Source Details

### Audit Details

**Order Summary:**  
UA with C&S r/t dysuria

**Formularies   Contains**  
♂ No Formulary Found  
♀ No Formulary Found  
⚕ No Formulary Found  
$ No Formulary Found

[Additional Information]

[Close]

https://www25.pointclickcare.com/clinical/cpha/popup/enhancedOrderEntry/viewOrder.xhtml?ESOLpoid=4764726&ESOLdientid=1546440    1/1

Apple Creek Health and Rehab, LLC

## Lab Results Report

Laboratory: 05/02/2020 19:06 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR                                   Latest Version
Reviewed By Kimburner on 05/04/2020 15:10

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 05/01/2020 10:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 05/02/2020 19:06 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: S09772733 |
| Copy to List: | Source Key: 4a22bce041175378 | Category: Unknown Category |

### Order Notes

Result for: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA # 26D1041510 Laboratory Director: David L. Smalley, PhD., This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| UTI ID by PCR |  |  |  |  | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected |  |
| Providencia rettgeri | Not Detected |  |
| Citrobacter koseri | Not Detected |  |
| Escherichia coli | Detected | Medium (10,000 - 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected |  |
| Staphylococcus aureus | Not Detected |  |
| Streptococcus agalactiae | Not Detected |  |
| Proteus mirabilis | Not Detected |  |
| Providencia stuartii | Not Detected |  |
| Morganella morganii | Not Detected |  |
| Klebsiella oxytoca | Not Detected |  |
| Enterobacter aerogenes | Not Detected |  |
| Pseudomonas aeruginosa | Not Detected |  |
| Proteus vulgaris | Not Detected |  |
| Klebsiella pneumoniae | Not Detected |  |
| Acinetobacter baumannii | Not Detected |  |
| Enterococcus faecium | Not Detected |  |
| Enterobacter cloacae | Detected | Low (< 10,000 copies/mL) |
| Candida albicans | Not Detected |  |

UTI ABR by PCR                                                                                                                                             Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Detected | Sulfonamide |

Case: 1:20-cv-00250-SNLJ   Doc. #: 1-10   Filed: 11/24/20   Page: 4 of 8 PageID #: 97
Sep. 6. 2020  1:09PM                                                          No. 1665   P. 19/19
EXHIBIT 10 Page 3 of 7     Apple Creek Health and Rehab, LLC

## Lab Results Report

Laboratory: 05/02/2020 19:06 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR      Latest Version
Reviewed By Kimburner on 05/04/2020 15:10

| | Order #: S09772733 | | | SourceKey: 4e22bce041175573 | | |
|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-63 | Not Detected | | | | | |
| aac(6')-lb-cr, fluoroquinolone | Not Detected | | | | | |
| aminoglycoside 6'-N-acetyltracsferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | | |
| mef(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (also qnrS1,qnrS10,qnrS11,qnrS12,qnrS13,qnrS14,qnrS4,qnrS7,qnrS6,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | | | | | |
| blaCTX-M | Not Detected | | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| ermA_B_C | Not Detected | | | | | |
| macA_macC | Not Detected | | | | | |

Legend:
● Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: GenniusDxDxCare

_____  _____  _____
Reviewed by Name   Reviewed by Signature   Date

EXHIBIT 10 Page 4 of 7

## Apple Creek Health and Rehab, LLC

### Lab Results Report

Laboratory: 05/01/2020 18:45 RESULTS Stat/Non routine / R-URINALYSIS  
Reviewed By: kimturner on 05/04/2020 15:10

Latest Version

| Resident Information | Record Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 05/01/2020 10:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 05/01/2020 18:45 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: 509769217 |
| Copy to List: | Source Key: ec9260920c09l4a0 | Category: Unknown Category |

Order Notes

Result for:

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment | | | | Final |
| R-URINALYSIS | Complete | | | | Final |

Legend:
- Report contains critical results (results with red text)
- Report contains abnormal results (results with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|
| | | |

## Apple Creek Health and Rehab, LLC
### Lab Results Report

Laboratory: 05/05/2020 10:15 Culture, Urine
Reviewed By Nacharred on 05/05/2020 14:18

Latest Version

| Resident Information | Result Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 05/01/2020 10:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 05/05/2020 10:15 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Harrod, Naomi | Order #: 809772734 |
| Copy to List: | Source Key: 8952a33831121bc9 | Category: Microbiology |

**Order Notes**

Result for: [redacted] Urine Culture Site: : Not Specified - UR, Urine Culture Source: : Not Specified - UR, Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| CULTURE, URINE | | | | | Final |

Source: URINE, COLLECTION METHOD NOT SPECIFIED

10,000-100,000 COPIES/ML ESBL Producing Escherichia coli

| SUSCEPTIBILITY | Interpretation | MIC |
|---|---|---|
| AMPICILLIN | RESISTANT | >=32 |
| AMOXICILLIN/CA | SENSITIVE | 4 |
| AMPICILLIN/SULBACTAM | SENSITIVE | <=2 |
| CIPROFLOXACIN | RESISTANT | >=4 |
| CEFTRIAXONE | RESISTANT | 16 |
| CEFAZOLIN | RESISTANT | >=64 |
| EXTENDED SPECTRUM BETA LA | POSITIVE | |
| ERTAPENEM | SENSITIVE | <=0.5 |
| CEFEPIME | RESISTANT | <=1 |
| NITROFURANTOIN | SENSITIVE | <=16 |
| GENTAMICIN | SENSITIVE | <=1 |
| IMIPENEM | SENSITIVE | <=0.25 |
| LEVOFLOXACIN | RESISTANT | >=8 |
| TRIMETHOPRIM/SULFA | RESISTANT | >=320 |
| CEFTAZIDIME | RESISTANT | 4 |
| TOBRAMYCIN | SENSITIVE | <=1 |
| PIPERACILLIN/TAZOBACTAM | SENSITIVE | <=4 |

Legend:
- Report contains critical results (marked with red text)
- Report contains abnormal results (marked with orange text)

Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 1

# WashingtonRegional
## Medical Center

3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:  
Admit / Discharge:  
DOB / Age / Sex:  
OPI:

Client: GAMMA HEALTH CARE  
MRN:  
FIN: 6970033492  
Attending Physician: BURNER, KIMBERLY D.M.D.

### Cultures and Stains

Footnote Legend:   @ = Abnormal    a = Corrected Results    C = Critical    O = Order Comments  / = Result Comments

PROCEDURE: Culture Urine @  
SOURCE: Urine  
BODY SITE:  
FREE TEXT SOURCE:

COLLECTED: 5/1/2020 10:45 CDT  
PROCEDURE: Culture Urine @  
STARTED: 5/1/2020 18:38 CDT  
ACCESSION: 20-122-2126

***FINAL REPORTS***  
Final Report

Verified Date/Time/Personnel: 5/3/2020 07:43 CDT Young, Mary B,Med Tech ASCP

10,000-50,000 cfu/ml Enterobacter cloacae complex  
Mixed urogenital flora also present

***SUSCEPTIBILITY RESULTS***

|  | Enterobacter cloacae complex | |
|---|---|---|
| Antibiotic | MIC Interp | MIC mcg/ml |
| Cefazolin | Resistant | >=64 |
| Cefepime | Susceptible | <=1 |
| Ceftazidime | Susceptible | <=1 |
| Ceftriaxone | Susceptible | <=1 |
| Ertapenem | Susceptible | <=0.5 |
| Gentamicin | Susceptible | <=1 |
| Levofloxacin | Susceptible | <=0.12 |
| Nitrofurantoin | Intermediate | 64 |
| Piperacillin/Tazobactam | Susceptible | <=4 |
| Trimethoprim/Sulfa | Susceptible | <=20 |

Order Comments  
O1:   Culture Urine (Urine Culture) (C Urine)  
      Ordered by Discern per Urinalysis Protocol

## WashingtonRegional
### Medical Center
3215 N. North Hills Blvd. | Fayetteville, AR 72703

Phone: 479-463-1000

Patient Name:
Admit / Discharge:
DOB / Age / Sex:
OPI:

Client: GAMMA HEALTH CARE
MRN:
FIN:  6970033492
Attending Physician:  BURNER, KIMBERLY D, MD

### Chemistry

Footnote Legend:    @ = Abnormal    c = Corrected Results    C = Critical    O = Order Comments    I = Result Comments

### Routine Urinalysis

| Collected Date | 5/1/2020 | | |
|---|---|---|---|
| Collected Time | 10:45 CDT | | |
| Procedure | | Reference Range | Units |
| UA Color | Yellow | | |
| UA Appear | SL CLOUDY | | |
| UA Spec Grav | 1.011 | [1.003-1.035] | |
| UA Leuk Est | 3+ @ | [Negative] | |
| UA Nitrite | Negative | [Negative] | |
| UA pH | 6.0 | [5.0-6.0] | |
| UA Protein | Negative | [Negative] | |
| UA Glucose | Negative | [Negative] | |
| UA Ketones | Negative | [Negative] | |
| UA Urobilinogen | 0.2 | [1] | EUnit/dL |
| UA Bili | Negative | [Negative] | |
| UA Blood | Negative | [Negative] | |
| UA Cath Spec? | No | | |