# EXHIBIT 11
# PATIENT 9

EXHIBIT 11 Page 1 of 5

| | | |
|---|---|---|
| Facility #: --- | Ashton Place Health and Rehab, LLC | Facility Code: 33 |
| Date: Sep 8, 2020 | Order Recap Report | User: Karessa Gritton |
| Time: 13:28:20 CT | | |

**Resident:** [redacted]  **Order Date:** 04/06/2020 - 04/06/2020

| | | | | | |
|---|---|---|---|---|---|
| Resident: | [redacted] | | Location: [redacted] | | Admission: [redacted] |
| Client Id Number: | [redacted] | | Gender: [redacted] | | Date of Birth: [redacted] |
| Physician: | Le, Thanh Tan | | Pharmacy: | Premier Pharmacy | |
| Allergies: | Codeine, Haloperidol, Tramadol, Thorazine, cogentin | | | | |

**Diagnoses:** MUSCLE WEAKNESS (GENERALIZED)(M62.81), DRUG INDUCED AKATHISIA(G25.71), SCHIZOAFFECTIVE DISORDER, BIPOLAR TYPE(F25.0), ESSENTIAL (PRIMARY) HYPERTENSION(I10), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), ALLERGIC RHINITIS, UNSPECIFIED(J30.9), TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS(E11.9), ANXIETY DISORDER, UNSPECIFIED(F41.9), DERMATITIS, UNSPECIFIED(L30.9), TREMOR, UNSPECIFIED(R25.1), PARKINSON'S DISEASE(G20), SPONDYLOLISTHESIS, LUMBAR REGION(M43.16), CHRONIC KIDNEY DISEASE, UNSPECIFIED (N18.9), EPILEPSY, UNSPECIFIED, NOT INTRACTABLE, WITHOUT STATUS EPILEPTICUS(G40.909), GOUT, UNSPECIFIED(M10.9), OTHER SPECIFIED ARTHRITIS, UNSPECIFIED SITE(M13.80), OTHER INSOMNIA(G47.09), SCHIZOPHRENIA, UNSPECIFIED(F20.9), PAIN, UNSPECIFIED(R52), BENIGN PROSTATIC HYPERPLASIA WITH LOWER URINARY TRACT SYMPTOMS(N40.1), URINARY TRACT INFECTION, SITE NOT SPECIFIED(N39.0), PERIAPICAL ABSCESS WITHOUT SINUS(K04.7), CONSTIPATION, UNSPECIFIED(K59.00), SHORTNESS OF BREATH(R06.02), PNEUMONIA, UNSPECIFIED ORGANISM(J18.9), FUNCTIONAL INTESTINAL DISORDER, UNSPECIFIED(K59.9), DYSURIA(R30.0)

**Other**

| Order Summary | Communication Method | Order Status | Order Date | Start Date | End Date | Ordered By |
|---|---|---|---|---|---|---|
| CBC, BMP, UA with C&DS in AM | Phone | Active | 04/06/2020 | | | Cartwright, Candice |
| Depakote level in AM | Phone | Active | 04/06/2020 | | | Cartwright, Candice |

I have approved these orders for Contreras, Johnny (004142). Total pages 1.

Physician: _____  Signature: _____  Date: _____

Page 1 of 1


**Baptist Health**  BH FORT SMITH
1001 Towson Ave
Fort Smith AR 72901

MRN:      DOB:      Sex:
Adm:      D/C: —

## Results

(!) UA Dipstick Microscopic If Indicated
(Order 286401085)

UA Dipstick Microscopic If Indicated Abnormal, Final result                Order: 286401085

| Component Ref Range & Units | 4/7/20 0850 |
|---|---|
| Color, UA Yellow | Yellow |
| Clarity, UA Clear | Clear |
| Specific Gravity, UA 1.003 - 1.035 | 1.015 |
| pH, UA 5.0 - 9.0 | 6.0 |
| Protein, UA Negative | Negative |
| Glucose, UA Negative | Negative |
| Ketones, UA Negative | Negative |
| Bilirubin, UA Negative | Negative |
| Blood, UA Negative | Negative |
| Urobilinogen, UA Normal | Normal |
| Esterase UA Negative | Trace ! |
| Nitrite, UA Negative | Negative |
| WBC, UA 0 - 5 /HPF | 5-10 |
| RBC, UA 0 - 5 /HPF | NONE SEEN |
| Epithelial Cells UA 0 - 10 /HPF | 0-5 |
| Bacteria, UA NONE | NONE |

Specimen Collected: 04/07/20 08:50           Last Resulted: 04/07/20 11:50

**Result Information**

Flag: Abnormal !        Status: Final result (Collected: 4/7/2020 08:50)   Provider Status: Ordered

## Ashton Place Health and Rehab, LLC
## Lab Results Report

Laboratory: 04/09/2020 01:30 Urinary Tract Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By ConcertwrigxM on 04/09/2020 11:53

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/07/2020 08:60 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/09/2020 01:05 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Lo, Thanh | Order #: SC0550093 |
| Copy to List: | Source Key: 271835eab90f1c27 | Category: Unknown Category |

**Order Notes**

Result for: Testing Site: 1717 West Moult, Poplar Bluff, MO 63901 573-727-5600 CLIA #:26D1041510
Laboratory Director: David L. Smalley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** | | | | | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | Low (< 10,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**

Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| null | Not Detected | - |

## Ashton Place Health and Rehab, LLC

### Lab Results Report

Laboratory: 04/09/2020 01:39 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR           Latest Version
Reviewed By Ccarcarteright on 04/09/2020 11:53

|  | Order #: 508558883 |  | SourceKey: 271805ccb90f1c77 |  |  |
|---|---|---|---|---|---|
|  |  | Result | Unit | Ref. Range | Flag | Status |

| Test | Result |
|---|---|
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,blaOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-60 | Not Detected |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected |
| aminoglycoside 6-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected |
| mcr(A) | Not Detected |
| tet(M) | Not Detected |
| IntMP | Not Detected |
| OXA-48 | Not Detected |
| qnrS (alles qnrS1,qnrS10,qnrS11,qnrS12,qnrS13,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected |
| blaCTX-M | Not Detected |
| blaKPC | Not Detected |
| blaVIM | Not Detected |
| blaNDM | Not Detected |
| Sulfonamide_dfr_A1_ASv2 | Not Detected |
| Vancomycin | Not Detected |
| ermA_B_C | Not Detected |
| mecA_mecC | Not Detected |

Legend:
- Report contains all lab results (results with red text)
- Report contains abnormal results (results with amber text)

Protected Health Information. Generic HealthCare

## Ashton Place Health and Rehab, LLC

### Lab Results Report

Laboratory: 04/11/2020 10:40 Culture, Urine
Reviewed by Cartwright on 04/13/2020 08:23

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 04/07/2020 08:50 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 04/11/2020 10:40 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Lu, Thanh | Order #: S00508861 |
| Copy to List: | Source Key: 1048c07050b85af4 | Category: Microbiology |

Order Notes:

Result for: ... Urine Culture Site: : Clean Void - CV, Urine Culture Source: : Clean Void - CV, Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #:26D1041910 Laboratory Director: David L. Smalley, Ph.D.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| CULTURE, URINE |  |  |  |  | Final |

Source: URINE, CLEAN VOIDED

<10,000 CFU/ML

MIXED UROGENITAL FLORA RECOVERED, NO PREDOMINANT ORGANISM ISOLATED.

CLINICAL SIGNIFICANCE IS QUESTIONABLE. ISOLATES WERE NOT PURSUED AND

RECOLLECTION IS ADVISED.

Legend:
- Reports contain critical results (results advertised)
- Reports contain abnormal results (results with abnormal flag)

Performing Laboratory Information: Gamma HealthCare