# EXHIBIT 12
# PATIENT 10

EXHIBIT 12 Page 1 of 6

| | | |
|---|---|---|
| Facility #: --- | Ashton Place Health and Rehab, LLC | Facility Code: 33 |
| Date: Sep 8, 2020 | Order Recap Report | User: Karessa Gritton |
| Time: 13:30:30 CT | | |

Resident:               Order Date: 02/24/2020 - 02/24/2020

| | | | |
|---|---|---|---|
| Resident: | | Location: | Admission: |
| Client Id Number: | | Gender: | Date of Birth: |
| Physician: | Le, Thanh Tan | Pharmacy: | Premier Pharmacy |
| Allergies: | Ciprofloxacin, Hydrocodone, Iodine, Oxycodone, Penicillin, Tramadol, Bactrim, Macrobid | | |

Diagnoses: GASTRO-ESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS(K21.9), NUTRITIONAL ANEMIA, UNSPECIFIED(D53.9), TYPE 2 DIABETES MELLITUS WITHOUT COMPLICATIONS(E11.9), ESSENTIAL (PRIMARY) HYPERTENSION(I10), MORBID (SEVERE) OBESITY DUE TO EXCESS CALORIES(E66.01), HYPOTHYROIDISM, UNSPECIFIED(E03.9), HYPOKALEMIA(E87.6), OTHER RECURRENT DEPRESSIVE DISORDERS(F33.8), ALLERGIC RHINITIS, UNSPECIFIED(J30.9), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), GASTROINTESTINAL HEMORRHAGE, UNSPECIFIED(K92.2), PSORIASIS, UNSPECIFIED(L40.9), OTHER CHRONIC PAIN(G89.29), MYELODYSPLASTIC SYNDROME, UNSPECIFIED(D46.9), HEART FAILURE, UNSPECIFIED(I50.9), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, UNSPECIFIED(J44.9), MUSCLE WEAKNESS (GENERALIZED)(M62.81), UNSTEADINESS ON FEET(R26.81), RETENTION OF URINE, UNSPECIFIED(R33.9), OTHER INSOMNIA(G47.09), EDEMA, UNSPECIFIED(R60.9), SLEEP APNEA, UNSPECIFIED(G47.30), SCHIZOAFFECTIVE DISORDER, UNSPECIFIED(F25.9), OTHER SEASONAL ALLERGIC RHINITIS(J30.2), FOLATE DEFICIENCY ANEMIA, UNSPECIFIED(D52.9), CONSTIPATION, UNSPECIFIED(K59.00), EPISTAXIS(R04.0), OTHER MUSCLE SPASM(M62.838), URINARY TRACT INFECTION, SITE NOT SPECIFIED(N39.0), RHEUMATOID ARTHRITIS, UNSPECIFIED(M06.9), DRY EYE SYNDROME OF UNSPECIFIED LACRIMAL GLAND(H04.129), PRESENCE OF INTRAOCULAR LENS(Z96.1), CHRONIC KIDNEY DISEASE, STAGE 3 (MODERATE)(N18.3), PAIN, UNSPECIFIED(R52)

### Laboratory

| Order Summary | Communication Method | Order Status | Order Date | Start Date | End Date | Ordered By |
|---|---|---|---|---|---|---|
| ua with c&s one time only for rule out uti for 1 Day | Phone | Completed | 02/24/2020 | 02/24/2020 | 02/25/2020 | Cartwright, Candice |

### Pharmacy

| Order Summary | Communication Method | Order Status | Order Date | Start Date | End Date | Ordered By |
|---|---|---|---|---|---|---|
| Cranberry Capsule Give 500 mg by mouth one time a day for urinary tract health for 7 Days | Phone | Discontinued | 02/24/2020 | 02/25/2020 | 02/28/2020 | Cartwright, Candice |

Page 1 of 2

EXHIBIT 12 Page 2 of 6

| Facility #: — | Ashton Place Health and Rehab, LLC | Facility Code: 33 |
|---|---|---|
| Date: Sep 8, 2020 | Order Recap Report | User: Karessa Gritton |
| Time: 13:30:30 CT | | |

Resident: ▮▮▮▮▮▮▮▮   Order Date: 02/24/2020 - 02/24/2020

Resident: ▮▮▮▮▮▮▮▮   Location: ▮▮▮   Admission: ▮▮▮▮

I have approved these orders for ▮▮▮▮   Total pages: 2.

Physician: _____   Signature: _____   Date: _____

## Ashton Place Health and Rehab, LLC
### Lab Results Report

Laboratory: 02/27/2020 07:40 Urinalysis, Complete
Reviewed By Cancartwright on 02/27/2020 09:00

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/24/2020 19:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: |
| Admitting Provider: | Reported Date: 02/27/2020 07:40 | Reporting Lab: Gamma HealthCare, Inc - Lab |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: S09118755 |
| Copy to List: | Source Key: a0c8a3ec2eb41c8d | Category: Chemistry, Microbiology, Unknown Category |

**Order Notes**

Result to: [REDACTED] COLLECTED @ 19:45 02/24, TANYA; Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-6000 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D., DIAG-R82.993, DIAG-R82.998

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **Urinalysis, Complete** | | | | | |
| BROAD CAST | | | | | Final |
| FATTY CAST | | | | | Final |
| WAXY CAST | | | | | Final |
| UNCLASSIFIED CAST | | | | | Final |
| TRIPLE PHOSPHATE CRYSTAL | | | | | Final |
| CALCIUM OXALATE CRYSTAL | | | | | Final |
| COLOR | YELLOW | | CLEAR/YELLST RAW | | Final |
| CLARITY | CLOUDY | | CLEAR | A | Final |
| pH | 5.5 | | 5.0-7.0 | | Final |
| SPECIFIC GRAVITY | 1.025 | | 1.003-1.033 | | Final |
| PROTEIN | 31 | MG/DL | NEGATIVE | H | Final |
| GLUCOSE | ≥1000 | MG/DL | NEGATIVE | A | Final |
| KETONE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| BLOOD | MODERATE | MG/DL | NEGATIVE | A | Final |
| BILIRUBIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| UROBILINOGEN | 0.2 | MG/DL | <2.0 | | Final |
| NITRITE | POSITIVE | | NEGATIVE | A | Final |
| LEUKOCYTE ESTERASE | MODERATE | | NEGATIVE | A | Final |
| WHITE BLOOD CELL | TNTC | | 0-4 | A | Final |
| RED BLOOD CELL | 5-15 | | 0-4 | A | Final |
| SQUAMOUS EPITHELIAL | NONE SEEN | | 0-4 | A | Final |
| BACTERIA | MANY | | NONE | A | Final |
| MUCOUS | NONE SEEN | | NONE/SMALL | A | Final |
| BUDDING YEAST | NONE SEEN | | NONE | A | Final |
| HYALINE CAST | NONE SEEN | /LPF | NONE | A | Final |
| AMORPHOUS CRYSTAL | NONE SEEN | | NONE | A | Final |

# Ashton Place Health and Rehab, LLC
## Lab Results Report

Laboratory: 02/26/2020 09:30 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR     Latest Version
Reviewed By Cancartwright on 02/28/2020 10:00

| Resident Information | Record Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/24/2020 10:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/26/2020 09:30 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: S00133187 |
| Copy to List: | Source Key: 1aac50a73c8o7c2f | Category: Unknown Category |

### Order Notes

Result frz:                     Testing Site: 1717 West Mond, Poplar Bluff, MO 63901 873-727-5000 CLIA #:2601041510 Laboratory Director: David L. Smedley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in the UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approval are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| UTI ID by PCR |  |  |  |  | Final |

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | Medium (10,000 - 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

UTI ABR by PCR                                                                      Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Detected | Sulfonamide |

## Ashton Place Health and Rehab, LLC
### Lab Results Report

Laboratory: 02/26/2020 00:30 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR
Reviewed By Cancartwright on 02/26/2020 19:08

Latest Version

| | Order #: 906133107 | | | SourceKey: 4aac56a73c8a7c2f | | |
|---|---|---|---|---|---|---|
| | | Result | Unit | Ref. Range | Flag | Status |
| blaOXA-130,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV 83 | Not Detected | | | | | |
| aac(6')-lb-cr, fluoroquinolone | Not Detected | | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB w/ chromosomal | Not Detected | | | | | |
| mcr(A) | Not Detected | | | | | |
| tet(M) | Not Detected | | | | | |
| blaIMP | Not Detected | | | | | |
| OXA-48 | Not Detected | | | | | |
| qnrS (also qnrS1,qnrS10,qnrS11,qnrS12,qnrS13, qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone resistance | Detected | | | | | |
| blaCTX-M | Not Detected | | | | | |
| blaKPC | Not Detected | | | | | |
| blaVIM | Not Detected | | | | | |
| blaNDM | Not Detected | | | | | |
| Sulfonamide_dfr A7 A5/2 | Not Detected | | | | | |
| Vancomycin | Not Detected | | | | | |
| ermA, B, C | Detected | Macrolides, Lincosamides, Streptogramins | | | | |
| mefA_pncC | Not Detected | | | | | |

Legend:
⊛  Breast cancer correlated results (results with red text)
⚠  Report positive abnormal results (results with yellow text)
Performing Laboratory Information: Genova HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

# Ashton Place Health and Rehab, LLC
## Lab Results Report

Laboratory: 02/28/2020 12:04 Culture, Urine  
Reviewed By Cartwright on 03/02/2020 11:13

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/24/2020 19:45 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/28/2020 12:04 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: 500110756 |
| Copy to List: | Source Key: 32364d05d1bbf42 | Category: Microbiology |

**Order Notes:**

Result for: [redacted] COLLECTED @ 1945 02/24, Urine Culture Site : Clean Void - CV, Urine Culture Source : Clean Void - CV. Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| CULTURE, URINE | | | | | Final |

Source: URINE, CLEAN VOIDED

10,000-100,000 COPIES/ML Escherichia coli

| SUSCEPTIBILITY | Interpretation | MIC |
|---|---|---|
| AMPICILLIN | RESISTANT | >=32 |
| AMOXICILLIN/CA | SENSITIVE | 4 |
| AMPICILLIN/SULBACTAM | SENSITIVE | 4 |
| CIPROFLOXACIN | SENSITIVE | 0.5 |
| CEFTRIAXONE | SENSITIVE | <=1 |
| CEFAZOLIN | SENSITIVE | <=4 |
| EXTENDED SPECTRUM BETA LA | NEGATIVE | |
| ERTAPENEM | SENSITIVE | <=0.5 |
| CEFEPIME | SENSITIVE | <=1 |
| NITROFURANTOIN | SENSITIVE | <=16 |
| GENTAMICIN | RESISTANT | >=16 |
| IMIPENEM | SENSITIVE | <=0.25 |
| LEVOFLOXACIN | SENSITIVE | 1 |
| TRIMETHOPRIM/SULFA | RESISTANT | >=320 |
| CEFTAZIDIME | SENSITIVE | <=1 |
| TOBRAMYCIN | INTERMEDIATE | 8 |
| PIPERACILLIN/TAZOBACTAM | SENSITIVE | <=4 |

Legend:
- Result contains critical results (results with red font)
- Result contains abnormal results (results with orange font)

Performing Laboratory Information: Gamma HealthCare

Reviewed by Name _____ Reviewed by Signature _____ Date _____