# EXHIBIT 13
# PATIENT 11

EXHIBIT 13 Page 1 of 8

| | | |
|---|---|---|
| Facility #: --- | Ashton Place Health and Rehab, LLC | Facility Code: 33 |
| Date: Sep 8, 2020 | Order Recap Report | User: Karessa Gritton |
| Time: 13:32:42 CT | | |

Resident: [redacted]   Order Date: 02/01/2020 - 02/01/2020

| | | |
|---|---|---|
| Resident: [redacted] | Location: | Admission: [redacted] |
| Client Id Number: [redacted] | Gender: [redacted] | Date of Birth: [redacted] |
| Physician: Le, Thanh Tan | Pharmacy: Premier Pharmacy | |
| Allergies: Gabapentin | | |

Diagnoses: ANXIETY DISORDER, UNSPECIFIED(F41.9), OTHER RECURRENT DEPRESSIVE DISORDERS(F33.8), MUSCLE WASTING AND ATROPHY, NOT ELSEWHERE CLASSIFIED, UNSPECIFIED SITE(M62.50), OTHER ABNORMALITIES OF GAIT AND MOBILITY(R26.89), OTHER PRURITUS(L29.8), CONSTIPATION, UNSPECIFIED(K59.00), DYSURIA(R30.0), OTHER SEQUELAE FOLLOWING UNSPECIFIED CEREBROVASCULAR DISEASE(I69.998), ABNORMAL WEIGHT LOSS(R63.4), OTHER OSTEOMYELITIS, UNSPECIFIED SITES(M86.8X9), LONG TERM (CURRENT) USE OF ANTIBIOTICS(Z79.2), COGNITIVE COMMUNICATION DEFICIT(R41.841), PAIN, UNSPECIFIED(R52), AGE-RELATED OSTEOPOROSIS WITHOUT CURRENT PATHOLOGICAL FRACTURE(M81.0), CEREBRAL INFARCTION, UNSPECIFIED(I63.9), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), GASTRO-ESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS(K21.9), CEREBROVASCULAR DISEASE, UNSPECIFIED(I67.9), UNSPECIFIED DEMENTIA WITH BEHAVIORAL DISTURBANCE(F03.91), ATHEROSCLEROTIC HEART DISEASE OF NATIVE CORONARY ARTERY WITHOUT ANGINA PECTORIS(I25.10), DIARRHEA, UNSPECIFIED(R19.7), FEVER, UNSPECIFIED(R50.9), SHORTNESS OF BREATH(R06.02), NAUSEA(R11.0), OTHER INFECTIVE OTITIS EXTERNA, LEFT EAR(H60.392), ALLERGIC RHINITIS, UNSPECIFIED(J30.9), URINARY TRACT INFECTION, SITE NOT SPECIFIED(N39.0)

**Laboratory**

| Order Summary | Communication Method | Order Status | Order Date | Start Date | End Date | Ordered By |
|---|---|---|---|---|---|---|
| UA, Reflex to C&S STAT for DYSURIA related to URINARY TRACT INFECTION, SITE NOT SPECIFIED (N39.0) | Phone | Completed | 02/01/2020 | 02/01/2020 | 02/01/2020 | Le, Thanh Tan |

I have approved these orders for [redacted]   Total pages 1.

Physician: _____   Signature: _____   Date: _____

Page 1 of 1

Ashton Place Health and Rehab, LLC

## Lab Results Report

Laboratory: 02/01/2020 18:00 RESULTS Stat/Non routine / R-URINALYSIS                    Latest Version
Reviewed By Cencartwright on 02/03/2020 07:55

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/01/2020 03:55 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/01/2020 18:03 | Reporting Lab: Gemma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Le, Thanh | Order #: S08865555 |
| Copy to List: | Source Key: 587b35078a16c675 | Category: Unknown Category |
| Result for: | Order Notes | |

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| RESULTS Stat/Non routine | See Attachment |  |  |  | Final |
| R-URINALYSIS | Comp/Abn |  |  |  | Final |

Legend:
● Report receives critical results (results with red flag)
⚠ Report receives abnormal results (to the provider with red flag)
Reporting Laboratory Information: Gemma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 2

# Ashton Place Health and Rehab, LLC

## Lab Results Report

Laboratory: 02/03/2020 18:21 UTI Antibiotic Resistance by PCR / Urinary Track Infection ID by PCR
Reviewed By Cancerwright on 02/06/2020 07:55

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/01/2020 03:55 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/03/2020 18:21 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Le, Thumb | Order #: S000072823 |
| Copy to List: | Source Key: 3070c00e-1c0v98 | Category: Unknown Category |

### Order Notes

Result for: ____ Urinalysis Collection Site: : Clean Void - CV, Urinalysis Collection Source: : Clean Void - CV, Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5500 CLIA #:26D1041610 Laboratory Director: David L. Smalley, Ph.D. This test procedure has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ABR by PCR** | | | | | Final |
| ABR GENES TESTED | RESULT | CLASS | | | |
| sul1 | Detected | Sulfonamide | | | |
| blaOXA-13H,blaOXA-160,blaOXA-207,blaOXA-24,bl aOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-63 | Not Detected | | | | |
| anc(6')-lb-cr, fluoroquinolone | Not Detected | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | |
| mef(A) | Not Detected | | | | |
| tet(A) | Not Detected | | | | |
| blaIMP | Not Detected | | | | |
| OXA-48 | Not Detected | | | | |
| qnrS (nine qnrS1,qnrS10,qnrS11,qnrS12,qnrS13, qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The presence on plasmids is responsible for quinolone resistance | Not Detected | | | | |
| blaCTX-M | Not Detected | | | | |
| blaKPC | Not Detected | | | | |
| blaVIM | Not Detected | | | | |
| blaNDM | Not Detected | | | | |
| Sulfonamide_dfr_A1_A1v2 Diaminopyrimidines | Detected | | | | |
| Vancomycin | Not Detected | | | | |
| ermA_U_C | Not Detected | | | | |

1 of 2

## Ashton Place Health and Rehab, LLC

### Lab Results Report

Laboratory: 02/05/2020 09:55 Culture, Urine
Reviewed By Concartwright on 02/06/2020 10:48

Latest Version

### Resident Information
Resident:
Admit Date:
Admitting Provider:
Attending Provider:
Copy to List:

### Report Information
Collection Date: 02/03/2020 03:55
Received Date:
Reported Date: 02/05/2020 09:56
Ord. Provider: Le, Thanh
Source Key: d4d1fa013e78174c

### Clinic Information
Status: Completed
Flag: Normal
Reporting Lab: Gamma HealthCare, Inc. - Lab
Order #: S080/2821
Category: Microbiology

### Order Notes
Result for: ____ Urinalysis Collection Site: : Clean Void - CV, Urinalysis Collection Source: : Clean Void - CV, Testing Site: 1717 West Mroz, Poplar Bluff, MO 63001 573-727-5600 CLIA #:26D1041510 Laboratory Director: David L. Smithey, Ph.D., Urine Culture Site: : Clean Void - CV, Urine Culture Source: : Clean Void - CV

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **CULTURE, URINE** | | | | | Final |

50,000 - 100,000 CFU/ML Proteus mirabilis

| SUSCEPTIBILITY | Interpretation | MIC |
|---|---|---|
| AMPICILLIN | RESISTANT | >=32 |
| AMOXICILLIN/CA | SENSITIVE | 8 |
| CIPROFLOXACIN | RESISTANT | >=4 |
| CEFTRIAXONE | SENSITIVE | <=0.25 |
| CEFAZOLIN | SENSITIVE | <=4 |
| ERTAPENEM | SENSITIVE | <=0.12 |
| CEFEPIME | SENSITIVE | <=0.12 |
| GENTAMICIN | RESISTANT | >=16 |
| LEVOFLOXACIN | INTERMEDIATE | 4 |
| MEROPENEM | SENSITIVE | <=0.25 |
| CEFUROXIME-SODIUM | SENSITIVE | 2 |
| TRIMETHOPRIM/SULFA | RESISTANT | >=320 |
| TOBRAMYCIN | INTERMEDIATE | 8 |
| PIPERACILLIN/TAZOBACTAM | SENSITIVE | <=4 |

Legend:
⊛ Report contains critical results (results with red font)
⚠ Report contains abnormal or critical results with orange font
Performing Laboratory Information: Gamma HealthCare

Reviewed by Name | Reviewed by Signature | Date

1 of 1

EXHIBIT 13 Page 5 of 8

| | | |
|---|---|---|
| Facility #: --- | Ashton Place Health and Rehab, LLC | Facility Code: 33 |
| Date: Sep 8, 2020 | Order Recap Report | User: Karessa Gritton |
| Time: 13:32:25 CT | | |

Resident:  Order Date: 02/19/2020 – 02/19/2020

| | | | | |
|---|---|---|---|---|
| Resident: | | Location: | Admission: | |
| Client Id Number: | | Gender: | Date of Birth: | |
| Physician: | Le, Thanh Tan | Pharmacy: | Premier Pharmacy | |
| Allergies: | Gabapentin | | | |

Diagnoses: ANXIETY DISORDER, UNSPECIFIED(F41.9), OTHER RECURRENT DEPRESSIVE DISORDERS(F33.8), MUSCLE WASTING AND ATROPHY, NOT ELSEWHERE CLASSIFIED, UNSPECIFIED SITE(M62.50), OTHER ABNORMALITIES OF GAIT AND MOBILITY(R26.89), OTHER PRURITUS(L29.8), CONSTIPATION, UNSPECIFIED(K59.00), DYSURIA(R30.0), OTHER SEQUELAE FOLLOWING UNSPECIFIED CEREBROVASCULAR DISEASE(I69.998), ABNORMAL WEIGHT LOSS(R63.4), OTHER OSTEOMYELITIS, UNSPECIFIED SITES(M86.8X9), LONG TERM (CURRENT) USE OF ANTIBIOTICS(Z79.2), COGNITIVE COMMUNICATION DEFICIT(R41.841), PAIN, UNSPECIFIED(R52), AGE-RELATED OSTEOPOROSIS WITHOUT CURRENT PATHOLOGICAL FRACTURE(M81.0), CEREBRAL INFARCTION, UNSPECIFIED(I63.9), HYPERLIPIDEMIA, UNSPECIFIED(E78.5), GASTRO-ESOPHAGEAL REFLUX DISEASE WITHOUT ESOPHAGITIS(K21.9), CEREBROVASCULAR DISEASE, UNSPECIFIED(I67.9), UNSPECIFIED DEMENTIA WITH BEHAVIORAL DISTURBANCE(F03.91), ATHEROSCLEROTIC HEART DISEASE OF NATIVE CORONARY ARTERY WITHOUT ANGINA PECTORIS(I25.10), DIARRHEA, UNSPECIFIED(R19.7), FEVER, UNSPECIFIED(R50.9), SHORTNESS OF BREATH(R06.02), NAUSEA(R11.0), OTHER INFECTIVE OTITIS EXTERNA, LEFT EAR(H60.392), ALLERGIC RHINITIS, UNSPECIFIED(J30.9), URINARY TRACT INFECTION, SITE NOT SPECIFIED(N39.0)

**Laboratory**

| Order Summary | Communication Method | Order Status | Order Date | Start Date | End Date | Ordered By |
|---|---|---|---|---|---|---|
| UA WITH C&S IF INDICATED. | Phone | Active | 02/19/2020 | | | Cartwright, Camfire |

I have approved these orders for _____. Total pages 1.

Physician: _____   Signature: _____   Date: _____

Page 1 of 1

## Ashton Place Health and Rehab, LLC

### Lab Results Report

Laboratory: 02/21/2020 09:13 Urinalysis, Complete with Reflex  
Reviewed By Concordansght on 02/21/2020 09:15

Latest Version

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/19/2020 10:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: ⚠ |
| Admitting Provider: | Reported Date: 02/21/2020 09:13 | Reporting Lab: Gamma HealthCare, Inc. - LHD |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: SLG060578 |
| Copy to List: | Source Key: 6a3771d00027981co | Category: Chemistry, Microbiology, Unknown Category |

### Order Notes

Result for: _____ Urinalysis Collection Site: Clean Void - CV, Urinalysis Collection Source: Clean Void - CV, Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041610 Laboratory Director: David L. Smelley, Ph.D., DIAG. R82.998

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **Urinalysis, Complete with Reflex** | | | | | |
| COLOR | AMBER | | CLEAR/YELLOW/STRAW | A | Final |
| CLARITY | TURBID | | CLEAR | A | Final |
| pH | 6.0 | | 5.0-7.5 | | Final |
| SPECIFIC GRAVITY | 1.025 | | 1.003-1.030 | | Final |
| PROTEIN | 30 | MG/DL | NEGATIVE | H | Final |
| GLUCOSE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| KETONE | NEGATIVE | MG/DL | NEGATIVE | | Final |
| BLOOD | MODERATE | MG/DL | NEGATIVE | A | Final |
| BILIRUBIN | NEGATIVE | MG/DL | NEGATIVE | | Final |
| UROBILINOGEN | <2.0 | MG/DL | <2.0 | | Final |
| NITRITE | NEGATIVE | | NEGATIVE | | Final |
| LEUKOCYTE ESTERASE | LARGE | | NEGATIVE | A | Final |
| WHITE BLOOD CELL | TNTC | | 0-4 | A | Final |
| RED BLOOD CELL | 15-25 | | 0-4 | A | Final |
| SQUAMOUS EPITHELIAL | 10-25 | | 0-1 | A | Final |
| BACTERIA | MANY | | NONE | A | Final |
| MUCOUS | MOD | | NONE/SMALL | A | Final |
| CALCIUM OXALATE CRYSTAL | RARE | | NONE | A | Final |
| AMORPHOUS CRYSTAL | FEW | | NONE | A | Final |
| CULTURE INDICATED? | YES | | | | Final |
| URINE CULTURE TO FOLLOW - PB | | | | | |

Legend:  
⊕ Report contains critical result (result marked with H)  
⚠ Report contains abnormal result (result marked with A)  
Reference Laboratory is Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 1

Ashton Place Health and Rehab, LLC

## Lab Results Report

Laboratory: 02/21/2020 02:53 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR            Latest Version
Reviewed By Concartwright on 02/22/2020 18:13

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/19/2020 10:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/21/2020 02:53 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: S09085300 |
| Copy to List: | Source Key: 35543172ss630456 | Category: Unknown Category |

### Order Notes

Result for: _____ Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5800 CLIA #:26D1041510 Laboratory Director: David L. Smeley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **UTI ID by PCR** | | | | | Final |

| ORGANISM (DNA TESTED) | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | Low (< 10,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Detected | Low (< 10,000 copies/mL) |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                                                              Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Detected | Sulfonamide |

1 of 2

Sep. 9. 2020  2:14PM                                                          No. 1653   P. 11

## Ashton Place Health and Rehab, LLC
### Lab Results Report

Laboratory: 02/23/2020 09:01 Culture, Urine                                     Latest Version
Reviewed By Cancartwright on 02/25/2020 07:15

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/19/2020 10:00 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/23/2020 09:01 | Reporting Lab: Gnomic HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Cartwright, Candice | Order #: S04005300 |
| Copy to List: | Source Key: 032055b0a7b01d02 | Category: Microbiology |

**Order Notes**

Run it for: [redacted] Urinalysis Collection Site: Clean Void - CV, Urinalysis Collection Source: Clean Void - CV, Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 573-727-5600 CLIA #26D1041510 Laboratory Director: David L. Smalley, Ph.D., DIAG- R82.008, Urine Culture Site: Clean Void - CV, Urine Culture Source: Clean Void - CV

|  | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| **CULTURE, URINE** |  |  |  |  | Final |

10,000 - 50,000 CFU/ML Escherichia coli

| SUSCEPTIBILITY | Interpretation | MIC |
|---|---|---|
| AMPICILLIN | INTERMEDIATE | 16 |
| AMOXICILLIN/CA | SENSITIVE | 4 |
| AMPICILLIN/SULBACTAM | INTERMEDIATE | 16 |
| CIPROFLOXACIN | RESISTANT | >=4 |
| CEFTRIAXONE | SENSITIVE | <=1 |
| CEFAZOLIN | SENSITIVE | <=4 |
| EXTENDED SPECTRUM BETA LA | NEGATIVE |  |
| ERTAPENEM | SENSITIVE | <=0.5 |
| CEFEPIME | SENSITIVE | <=1 |
| GENTAMICIN | SENSITIVE | <=1 |
| IMIPENEM | SENSITIVE | <=0.25 |
| LEVOFLOXACIN | RESISTANT | >=8 |
| TRIMETHOPRIM/SULFA | SENSITIVE | <=20 |
| CEFTAZIDIME | SENSITIVE | <=1 |
| TOBRAMYCIN | SENSITIVE | <=1 |
| PIPERACILLIN/TAZOBACTAM | SENSITIVE | 16 |

Legend:

Report contains critical results (results with red text)
Report contains abnormal results (results with orange text)

Preliminary Lab and Prescription Canine Practitioner

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

1 of 1