# EXHIBIT 14
# PATIENT 12

Gamma Healthcare Inc.                                                           Page 1 of 1



https://portal.gammahealthcare.com/2.view                                       9/4/2020

Page 1 of 1

Lab: SeaCoast  
Abbreviation: CUR  
Name: Culture, Urine  
Local Name: Culture, Urine

Synonyms: Urine Culture

Departments:  
Billing Test Code:  
Description:

SeaCoast Information:  
Tube/Container: SD Vacutainer Urine Gray Top

Sample Type: Urine  
Storage Temperature: Refrigerate

Minimum Required Value: 5.0

Container Count: 0  
Instructions: Urine in SBZU container is acceptable for 24 hours refrigerated. Urine in SD Vacutainer Urine Gray top is acceptable up to 72 hours from collection.  
Info:

Test Code: 212

| LAB REPORT | | ** Complete ** | | GammaHealthCare Laboratory |
|---|---|---|---|---|
| Printed: 09/08/2020 11:43AM | | | | Aspen Health & Rehab Client ID: 51807 |

Patient:
DOB:
Patient ID:
Room Number:

Physician: ANDERSON, BILL
Order ID: R20244000057
Collected Date/time: 08/30/2020 10:00AM
Most Recent Result Received
Date/time: 08/31/2020 2:33AM

Attachment  A  Attachment

| TEST | 08/30/2020 10:05AM RESULT | 08/01/2020 2:00PM RESULT | 10/25/2019 1:45PM RESULT | REF RANGE | UNIT |
|---|---|---|---|---|---|
| Alab Approve | Complete | Complete | Complete | | |

Report Creation: 09/08/2020 11:43AM

Page 1 of 1

*Hillcrest Hospital South*
*8801 S. 101st E. Ave.*
*Tulsa OK 74133*

**ENTERPRISE MRN:**

**Ordering Provider**

William Robert Anderson, DO

**Urinalysis, Microscopic (Final result)**

|  | Value | Range | Units | Lab |
|---|---|---|---|---|
| WBC, UA | 0-2 | None, 0-2 | /HPF | HX |
| RBC, UA | 0-2 | None, 0-2 | /HPF | HX |
| Bacteria, UA | 1+ | None, 1+ | /HPF | HX |

Specimen ID: 20HS-244U0004 Specimen Type: Urine Specimen Source: Urine, Clean Catch Collection Time: 8/30/2020 1000 Received: 8/31/2020 0128

**Resulting Labs**

| HX CLIA: 37D0966837 | HHS HOSPITAL LAB, 8801 S. 101st E. Ave., Tulsa OK 74133<br>Director: Dr. Steve E. Rose | 918-294-4174 |
|---|---|---|

**CC Recipients**

William Robert Anderson, DO

Hillcrest Hospital South
8801 S. 101st E. Ave.
Tulsa OK 74133

Legend

A - Abnormal

CC Recipients

William Robert Anderson, DO

Hillcrest Hospital South
8801 S. 101st E. Ave.
Tulsa OK 74133

**ENTERPRISE MRN:**

See Values: Leukocyte Esterase, UA (A)

Ordering Provider

William Robert Anderson, DO

URINALYSIS, MACRO WITH REFLEX TO MICRO (Final result)

|  | Value | Range Units | Lab |
|---|---|---|---|
| Color, UA | Yellow | Light Yellow, Yellow, Dark Yellow, Pale Yellow, Straw | HX |
| Clarity, UA | Clear | Clear | HX |
| Specific Gravity, Urine | 1.015 | 1.002 - 1.030 | HX |
| pH, UA | 6.5 | 5.0 - 9.0 | HX |
| Bilirubin, UA | Negative | Negative | HX |
| Ketones, UA | Negative | Negative mg/dL | HX |
| Blood, UA | Negative | Negative | HX |
| Nitrite, UA | Negative | Negative | HX |
| Leukocyte Esterase, UA | Small (A) | Negative | HX |
| Glucose, UA | Negative | Negative mg/dL | HX |
| Urobilinogen, UA | 0.2 | 0.2, 1.0 E.U./dL | HX |
| Protein, UA | Negative | Negative mg/dL | HX |

Specimen ID: 20HS-244U0004 Specimen Type: Urine Specimen Source: Urine, Clean Catch Collection Time: 8/30/2020 1000 Received: 8/31/2020 0128

Collection Questions
| How was the Urine collected?                                                Urine, Clean Catch

Resulting Labs

HX CLIA: 37D0956837         HHS HOSPITAL LAB, 8801 S 101st E. Ave., Tulsa OK    918-294-4174
                            74133
                            Director: Dr. Steve E. Rose

## Antibiotic Resistance Genes Assayed

| ABX Genes | ABX Class | Notes |
|---|---|---|
| blaIMP | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaKPC | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaNDM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaVIM | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| OXA-48 | β-lactamase | Penicillins, Cephalosporins, and Carbapenems |
| blaCTX-M | β-lactamase | ESBL |
| blaOXA-139, blaOXA-160, blaOXA-207, blaOXA-24, blaOXA-25, blaOXA-26, blaOXA-237, blaOXA-72, blaSHV-63 | β-lactamase | Penicillins |
| mecA | Methicillin resistance | Methicillin/Oxacillin |
| mecC | Methicillin resistance | Methicillin/Oxacillin |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Aminoglycoside | Gentamicin, Tobramycin, Amikacin, Plazomicin |
| aac(6')-Ib-cr, fluoroquinolone | Aminoglycoside/ Quinolone | Gentamicin, Tobramycin, Amikacin, Plazomicin, Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| mef(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(A) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(B) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| erm(C) | Macrolide/Lincosamide | Erythromycin, Azithromycin, Clarithromycin, Clindamycin, Lincomycin |
| qnrS (elles qnrS1, qnrS10, qnrS11, qnrS12, qnrS13, qnrS14, qnrS4, qnrS7, qnrS8, qnrS9). The gene on plasmids is responsible for quinolone resistance | Quinolone | Ciprofloxacin, Levofloxacin, Delafloxacin, Gemifloxacin, Moxifloxacin, Ofloxacin, Norfloxacin |
| sul1 | Sulfonamide | Sulfamethoxazole/Trimethoprim |
| tet(M) | Tetracycline | Doxycycline, Minocycline, Omadacycline, Ervacycline |
| dfrA5 | Trimethoprim | Trimethoprim |
| dfrA1 | Trimethoprim | Trimethoprim |
| vanA | Vancomycin resistance | Vancomycin |
| vanB | Vancomycin resistance | Vancomycin |

Sep. 8. 2020  1:26PM
EXHIBIT 14 Page 8 of 10

No. 2081   P. 7

LAB REPORT    ** Complete **    Gamma HealthCare Laboratories

Printed: 09/08/2020 11:43AM

Client: Aspen Health & Rehab
Client ID: 51867

Patient:
DOB:
Patient ID:
Room Number:

Physician: ANDERSON, BILL
Order ID: R20244005818
Collected Date/Time: 08/30/2020 10:00AM
Resulted Date/Time: 09/01/2020 3:17PM

### UTI ABR by PCR

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | |
| blaOXA-139, blaOXA-160, blaOXA-207, blaOXA-23, blaOXA-25, blaOXA-26, blaOXA-437, blaOXA-72, blaSHV-53 | Not Detected | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB at chromosomal | Not Detected | |
| mef(A) | Not Detected | |
| tet(M) | Not Detected | |
| blaIMP | Not Detected | |
| OXA-48 | Not Detected | |
| qnrS (alias qnrS1, qnrS10, qnrS11, qnrS12, qnrS13, qnrS14, qnrS4, qnrS7, qnrS8, qnrS9). The gene on plasmids is responsible for quinolone resistance | Not Detected | |
| blaCTX-M | Not Detected | |
| blaKPC | Not Detected | |
| blaVIM | Not Detected | |
| blaNDM | Not Detected | |
| Sulfonamide_drr_At_A5v2 | Not Detected | |
| Vancomycin | Not Detected | |
| ermA_B_C | Not Detected | |
| nacA_nacC Attachment | Not Detected | |

Report Creation: 09/08/2020 11:43AM

Page 2 of 2

**LAB REPORT**  **\*\* Complete \*\***  Gamma HealthCare Laboratories

Printed: 09/08/2020 11:43AM

Client: Aspen Health & Rehab
Client ID: 51887

Patient: ███
DOB: ███
Patient ID: ███
Room Number: ███

Physician: ANDERSON, BILL
Order ID: R20244005818
Collected Date/Time: 08/30/2020 10:00AM
Resulted Date/Time: 09/01/2020 3:17PM

Order Comments:   Testing Site: 1717 West Maud, Poplar Bluff, MO 63901 873-727-5600 CLIA #:26D1041810 Laboratory Director: David L. Smalley, Ph.D. This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

### UTI ID by PCR

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Not Detected | - |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

Page 1 of 2

LAB REPORT                    ** Complete **                  Gamma HealthCare
                                                              Laboratories

Printed: 09/08/2020 11:43AM

Client: Aspen Health & Rehab
Client ID: 51867

Patient:                                 Physician: ANDERSON, BILL
DOB:                                     Order ID: R20244005817
Patient ID:                              Collected Date/time: 08/30/2020 10:00AM
Room Number:                             Resulted Date/time: 09/02/2020 12:20PM

Order Comments:        Testing Site: 2211 Roy Rd, Tyler, TX 75707 573-727-5600 CLIA #:45D2088100
                       Laboratory Director: David L. Smalley, Ph.D.
                       Urine Culture Source: : Not Specified - UR
                       Urine Culture Site: : Not Specified - UR

CULTURE, URINE

           Source: URINE, COLLECTION METHOD NOT SPECIFIED
           NO GROWTH AFTER 48 HOURS.

Report Creation: 09/08/2020 11:43AM

                                                                        Page 1 of 1