# EXHIBIT 15
# PATIENT 13

Sep. 29. 2020  3:14PM                                              No. 1533   P. 2

EXHIBIT 15 Page 1 of 3

From:   Belvedere Nursing and Rehabilitation Center, LLC 2800 Park      Printed Date: Sep 28, 2020 15:07:12 CT       Page 1 of 1
        Ave, Hot Springs, AR, 71901-5017 (501) 321-4276 Fax (501)
        609-9391                                                         Ordered By: Shockley, Leigh Ann
                                                                         National Provider ID #1730646276

                                                                         Resident:
                                                                         DOB:
To:     Prescriber                                                       Location:

        Shockley, Leigh Ann

---

Order Date:           02/21/2020 12:21
Communication Method: Phone
Order ID:             4587708
Order Summary:        UA STAT one time only for 1 Day

Confirmed By:         Danaba Robinson 2 (Licensed Practical Nurse)

---

## Belvedere Nursing and Rehabilitation Center, LLC

### Lab Results Report

Laboratory: 02/23/2020 10:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR         Latest Version
Reviewed By melatkinson1 on 02/24/2020 11:42

| Resident Information | Report Information | Clinic Information |
|---|---|---|
| Resident: | Collection Date: 02/21/2020 13:50 | Status: Completed |
| Admit Date: | Received Date: | Flag: Normal |
| Admitting Provider: | Reported Date: 02/23/2020 10:23 | Reporting Lab: Gamma HealthCare, Inc. - Lab |
| Attending Provider: | Ord. Provider: Shockley, Leigh Ann | Order #: S09100289 |
| Copy to List: | Source Key: 5cb6ac8f515f2ae6 | Category: Unknown Category |

Order Notes

Result for: _____  Testing Site: 1717 West Maud, Poplar Bluff, MO 63901  573-727-5600  CLIA #:26D1041510  Laboratory Director: David L. Smalley, Ph.D.; This test protocol has been developed and its performance characteristics determined by Gamma HealthCare, Inc. The tests in this UTI panel have not been cleared or approved by the US Food and Drug Administration; however, the FDA has determined clearance or approvals are not necessary. The tests in this UTI panel are for clinical purposes and should not be viewed as investigational or for research purposes.

                                                                    Result    Unit    Ref. Range    Flag    Status
**UTI ID by PCR**                                                                                           Final

| ORGANISM DNA TESTED | RESULT | ABUNDANCE |
|---|---|---|
| Citrobacter freundii | Not Detected | - |
| Providencia rettgeri | Not Detected | - |
| Citrobacter koseri | Not Detected | - |
| Escherichia coli | Detected | Medium (10,000 - 100,000 copies/mL) |
| Enterococcus faecalis | Not Detected | - |
| Staphylococcus aureus | Not Detected | - |
| Streptococcus agalactiae | Not Detected | - |
| Proteus mirabilis | Not Detected | - |
| Providencia stuartii | Not Detected | - |
| Morganella morganii | Not Detected | - |
| Klebsiella oxytoca | Not Detected | - |
| Enterobacter aerogenes | Not Detected | - |
| Pseudomonas aeruginosa | Not Detected | - |
| Proteus vulgaris | Not Detected | - |
| Klebsiella pneumoniae | Not Detected | - |
| Acinetobacter baumannii | Not Detected | - |
| Enterococcus faecium | Not Detected | - |
| Enterobacter cloacae | Not Detected | - |
| Candida albicans | Not Detected | - |

**UTI ABR by PCR**                                                                                          Final

| ABR GENES TESTED | RESULT | CLASS |
|---|---|---|
| sul1 | Not Detected | - |

EXHIBIT 15 Page 3 of 3

## Belvedere Nursing and Rehabilitation Center, LLC

### Lab Results Report

Laboratory: 02/23/2020 10:23 Urinary Track Infection ID by PCR / UTI Antibiotic Resistance by PCR     Latest Version
Reviewed By melatkinson1 on 02/24/2020 11:42

Order #: S09100289     SourceKey: 5cb6ac8f515f2ae8

| | Result | Unit | Ref. Range | Flag | Status |
|---|---|---|---|---|---|
| blaOXA-139,blaOXA-160,blaOXA-207,blaOXA-24,blaOXA-25,blaOXA-26,blaOXA-437,blaOXA-72,blaSHV-63 | Not Detected | | | | |
| aac(6')-Ib-cr, fluoroquinolone | Not Detected | | | | |
| aminoglycoside 6'-N-acetyltransferase type Ib, AAC6IB wt chromosomal | Not Detected | | | | |
| mef(A) | Not Detected | | | | |
| tet(M) | Not Detected | | | | |
| blaIMP | Not Detected | | | | |
| OXA-48 | Not Detected | | | | |
| qnrS (alles qnrS1,qnrS10,qnrS11,qnrS12,qnrS13,qnrS14,qnrS4,qnrS7,qnrS8,qnrS9). The gene on plasmids is responsible for quinolone reistance | Not Detected | | | | |
| BlaCTX-M | Not Detected | | | | |
| blaKPC | Not Detected | | | | |
| blaVIM | Not Detected | | | | |
| blaNDM | Not Detected | | | | |
| Sulfonamide_dfr_A1_A5v2 | Not Detected | | | | |
| Vancomycin | Not Detected | | | | |
| ermA_B_C | Not Detected | | | | |
| mecA_mecC | Not Detected | | | | |

Legend:
 Report contains critical results (results with red text)
⚠ Report contains abnormal results (results with orange text)
Performing Laboratory Information: Gamma HealthCare

| Reviewed by Name | Reviewed by Signature | Date |
|---|---|---|

2 of 2