```
ORIGIN ID:LITA    (501) 378-7870      SHIP DATE: 20NOV20
CHARLES HICKS                          ACTWGT: 5.00 LB
MITCHELL BLACKSTOCK LAW FIRM           CAD: 8392171/INET4280
1010 W. 3RD STREET                     DIMS: 14x11x5 IN

LITTLE ROCK, AR 72201                  BILL SENDER
UNITED STATES US

TO  CLERK OF COURT-GREGORY J. LINHARES
    US DISTRICT COURT, EASTERN DISTRICT
    THOMAS F. EAGLETON COURTHOUSE
    111 SOUTH 10TH STREET, SUITE 3.300
    ST. LOUIS MO 63102
    (314) 244-7900          REF: 14027
    INV:
    PO:                     DEPT:
```

FedEx Express

MON - 23 NOV 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7721 4824 8083

XX CPSA                     63102  MO-US  STL

