UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* BRADLEY BIBB, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:20-CV-00250-SNLJ |
| | ) | |
| v. | ) | |
| | ) | |
| GAMMA HEALTHCARE | ) | |
| INCORPORATED, JERRY MURPHY | ) | |
| and JERROD MURPHY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that:

1.     This action is dismissed with prejudice as to Relator;

2.     This action is dismissed with prejudice as to the United States with respect to the Covered Conduct set forth in the Settlement Agreement and without prejudice as to the United States as to all remaining claims; and

3.     The Court shall retain jurisdiction of this case for purposes of enforcing the terms of the parties' Settlement Agreement.

**SO ORDERED:**

Dated:   March 28, 2024

HONORABLE STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE